# Exhibit A

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Stephen K. Bannon | ) | Case No.  21-cr-670 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   David Buckley
      Staff Director, January 6th Select Committee
      United States House of Representatives

       **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court for the District of Columbia | Courtroom No.: | 19 |
|---|---|---|---|
| | | Date and Time: | 07/18/2022 9:00 am |

       You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

See Schedule A (attached).

*(SEAL)*

Date:   06/07/2022

                                                           CLERK OF COURT

                                                           _____
                                                           *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Stephen K. Bannon
_____ , who requests this subpoena, are:

M. Evan Corcoran (D.C. Bar No. 440027)
400 E. Pratt St., Suite 900, Baltimore, MD 21202
Telephone: (410) 385-2225
Email: ecorcoran@silvermanthompson.com

David I. Schoen (D.C. Bar No. 391408)
 2800 Zelda Rd., Suite 100-6, Montgomery, AL 36106
Telephone: (334) 395-6611
Email: schoenlawfirm@gmail.com

Robert J. Costello (Pro Hac Vic Pending)
605 Third Ave., New York, NY 10158
Telephone: (212) 557-7200
Email: rjc@dhclegal.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   21-cr-670

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   David Buckley, Staff Director, Jan. 6th Select Comm.

was received by me on *(date)*   06/02/2022   .

☑ I served the subpoena by delivering a copy to the named person as follows:  Sent via electronic means and

accepted on behalf of named individual by authorized representative Douglas Letter, Esq., General Counsel,

U.S. House of Representatives.                              on *(date)*      06/03/2022        ; or

☐ I returned the subpoena unexecuted because:

.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $                  for travel and $                  for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:     06/10/2022                                   /s/ Robert J. Costello
                                                           *Server's signature*

                                          Robert J. Costello, Esq., Attorney for Stephen K. Bannon
                                                           *Printed name and title*
                                                           605 Third Avenue
                                                           New York, New York 10158

                                                           *Server's address*

Additional information regarding attempted service, etc:

## SCHEDULE A

**YOU ARE COMMANDED**, pursuant to this **SUBPOENA TO TESTIFY AT TRIAL IN A CRIMINAL CASE**, to bring with you documents and electronically stored information that pertain to your appearance as a witness in this matter, described in detail below. Please provide the documents in electronic format to dcaimona@silvermanthompson.com at any time prior to **July 14, 2022**, or, in the alternative, please bring the documents with you to the Pretrial Conference scheduled in this matter for **July 14, 2022, at 9:00 A.M.**

The **COMMAND** for production is limited to documents created or received on or after **January 6, 2021**, up to the present date.

The term "**document**" –  used in the numbered paragraphs below – means any written, recorded, or graphic matter of any nature whatsoever, regardless of classification level, how recorded, or how stored/displayed (e.g. on a social media platform) and whether original or copy, including, but not limited to, the following: memoranda, reports, expense reports, books, manuals, instructions, financial reports, data, working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospectuses, communications, electronic mail (email), contracts, cables, notations of any type of conversation, telephone call, meeting or other inter-office or intra-office communication, bulletins, printed matter, computer printouts, computer or mobile device screenshots/screen captures, teletypes, invoices, transcripts, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, and work sheets (and all drafts, preliminary versions, alterations, modifications, revisions, changes, and amendments of any of the foregoing, as well as any attachments or appendices thereto), and

graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recording and motion pictures), and electronic, mechanical, and electric records or representations of any kind (including, without limitation, tapes, cassettes, disks, and recordings) and other written, printed, typed, or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, film, tape, disk, videotape, or otherwise. A document bearing any notation not a part of the original text is to be considered a separate document. A draft or non-identical copy is a separate document within the meaning of this term.

The phrase "**in your possession**" – used in the numbered paragraphs below – means all documents in your custody, and control — including any documents or communications stored or located on personal devices (e.g., personal computers, cellular phones, tablets, etc.), in personal, professional, or campaign accounts, and/or on personal, professional, or campaign applications (e.g. email accounts, contact lists, calendar entries, etc.).

## Documents That Must Be Produced

1. All documents in your possession regarding the establishment of the January 6th Select Committee ("Select Committee"), its membership, its staffing, its budget, its authority and functioning, and the authority of the Select Committee to issue subpoenas.

2. All documents in your possession regarding Mr. Bannon's appearance as a witness and/or production of documents.

3. All documents in your possession regarding the issuance of a subpoena to Mr. Bannon.

4. All documents in your possession regarding President Donald J. Trump's assertion of executive privilege in response to any request of the Select Committee.

5. All drafts in your possession of the October 8, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

6. All documents and information in your possession regarding attendance on October 14, 2021, by Select Committee members and staff at the hearing room designated for the appearance of Mr. Bannon.

7.  All drafts in your possession of the October 15, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

8.  All documents in your possession regarding what constitutes a default by a witness in response to a Select Committee subpoena, and/or what does not constitute a default by a witness in response to a Select Committee subpoena.

9.  Any private or public statement(s) by you and/or in your possession regarding Mr. Bannon's interaction with the Select Committee.

10. All documents in your possession regarding the factors to be considered in determining whether to bring a civil or criminal action or other sanction for an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

11. All documents in your possession pertaining to the consideration of whether to pursue a civil enforcement proceeding with respect to Mr. Bannon's subpoena and the invocation of executive privilege.

12. All documents in your possession regarding the applicability of the advice of counsel defense to an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

13. All documents in your possession that reference making an example of Mr. Bannon, punishing him, hoping to influence or affect the conduct of other potential witnesses before the Select Committee, or words or similar meaning and effect.

14.  All documents in your possession which tend to show the bias of any Select Committee member or staff (including animosity toward Mr. Bannon, or animosity toward a group with which Mr. Bannon is affiliated).

15. All documents in your possession which tend to show a conflict of interest involving any Select Committee member or staff (including but not limited to documents that pertain to payments for a book that was written by and/or promoted by any Select Committee member or staff from January 6, 2021, up until the present date).

16. All documents in your possession pertaining to the decision to seek to file an amicus brief on behalf of the U.S. House of Representatives in this criminal case, and it contents.

17. All documents in your possession reflecting any efforts by the Select Committee to work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

18. All documents in your possession pertaining to the Select Committee's decision to deviate from precedent and not work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

19. All drafts in your possession of the October 19, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel to Mr. Bannon.

20. All documents in your possession pertaining to the Select Committee's decision, as memorialized in the Select Committee Chair's October 19, 2021, letter to Mr. Costello, to not grant Mr. Bannon a one-week adjournment to assess the impact of the *Donald J. Trump v. Bennie Thompson, et al.*, 21-cv-02769 (D.D.C. 2021) lawsuit.

# Exhibit B

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Stephen K. Bannon | ) | Case No.  21-cr-670 |
| | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Douglas Letter, Esq.
      General Counsel
      United States House of Representatives

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court for the District of Columbia | Courtroom No.: | 19 |
|---|---|---|---|
| | | Date and Time: | 07/18/2022 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:
See Schedule A (attached).

_(SEAL)_

Date:   06/07/2022

_CLERK OF COURT_

_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_   Stephen K. Bannon
, who requests this subpoena, are:

M. Evan Corcoran (D.C. Bar No. 440027)          David I. Schoen (D.C. Bar No. 391408)
400 E. Pratt St., Suite 900, Baltimore, MD 21202     2800 Zelda Rd., Suite 100-6, Montgomery, AL 36106
Telephone: (410) 385-2225                        Telephone: (334) 395-6611
Email: ecorcoran@silvermanthompson.com           Email: schoenlawfirm@gmail.com

Robert J. Costello (Pro Hac Vic Pending)
605 Third Ave., New York, NY 10158
Telephone: (212) 557-7200
Email: rjc@dhclegal.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   21-cr-670

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*    Douglas Letter, Esq., General Counsel, U.S. House of Reps.

was received by me on *(date)*    06/02/2022    .

☑ I served the subpoena by delivering a copy to the named person as follows:   Sent via electronic means and

personally accepted by Douglas Letter, Esq., General Counsel, U.S. House of Representatives.

on *(date)*    06/03/2022    ; or

☐ I returned the subpoena unexecuted because:

.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

.

My fees are $                    for travel and $                    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    06/10/2022

/s/ Robert J. Costello
*Server's signature*

Robert J. Costello, Esq., Attorney for Stephen K. Bannon
*Printed name and title*

605 Third Avenue
New York, New York 10158

*Server's address*

Additional information regarding attempted service, etc:

## SCHEDULE A

**YOU ARE COMMANDED**, pursuant to this **SUBPOENA TO TESTIFY AT TRIAL IN A CRIMINAL CASE**, to bring with you documents and electronically stored information that pertain to your appearance as a witness in this matter, described in detail below. Please provide the documents in electronic format to dcaimona@silvermanthompson.com at any time prior to **July 14, 2022**, or, in the alternative, please bring the documents with you to the Pretrial Conference scheduled in this matter for **July 14, 2022, at 9:00 A.M**.

The **COMMAND** for production is limited to documents created or received on or after **January 6, 2021**, up to the present date.

The term "**document**" – used in the numbered paragraphs below – means any written, recorded, or graphic matter of any nature whatsoever, regardless of classification level, how recorded, or how stored/displayed (e.g. on a social media platform) and whether original or copy, including, but not limited to, the following: memoranda, reports, expense reports, books, manuals, instructions, financial reports, data, working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospectuses, communications, electronic mail (email), contracts, cables, notations of any type of conversation, telephone call, meeting or other inter-office or intra-office communication, bulletins, printed matter, computer printouts, computer or mobile device screenshots/screen captures, teletypes, invoices, transcripts, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, and work sheets (and all drafts, preliminary versions, alterations, modifications, revisions, changes, and amendments of any of the foregoing, as well as any attachments or appendices thereto), and

graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recording and motion pictures), and electronic, mechanical, and electric records or representations of any kind (including, without limitation, tapes, cassettes, disks, and recordings) and other written, printed, typed, or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, film, tape, disk, videotape, or otherwise. A document bearing any notation not a part of the original text is to be considered a separate document. A draft or non-identical copy is a separate document within the meaning of this term.

The phrase "**in your possession**" – used in the numbered paragraphs below – means all documents in your custody, and control — including any documents or communications stored or located on personal devices (e.g., personal computers, cellular phones, tablets, etc.), in personal, professional, or campaign accounts, and/or on personal, professional, or campaign applications (e.g. email accounts, contact lists, calendar entries, etc.).

### Documents That Must Be Produced

1. All documents in your possession regarding the establishment of the January 6th Select Committee ("Select Committee"), its membership, its staffing, its budget, its authority and functioning, and the authority of the Select Committee to issue subpoenas.

2. All documents in your possession regarding Mr. Bannon's appearance as a witness and/or production of documents.

3. All documents in your possession regarding the issuance of a subpoena to Mr. Bannon.

4. All documents in your possession regarding President Donald J. Trump's assertion of executive privilege in response to any request of the Select Committee.

5. All drafts in your possession of the October 8, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

6. All documents and information in your possession regarding attendance on October 14, 2021, by Select Committee members and staff at the hearing room designated for the appearance of Mr. Bannon.

7. All drafts in your possession of the October 15, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

8. All documents in your possession regarding what constitutes a default by a witness in response to a Select Committee subpoena, and/or what does not constitute a default by a witness in response to a Select Committee subpoena.

9. Any private or public statement(s) by you and/or in your possession regarding Mr. Bannon's interaction with the Select Committee.

10. All documents in your possession regarding the factors to be considered in determining whether to bring a civil or criminal action or other sanction for an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

11. All documents in your possession pertaining to the consideration of whether to pursue a civil enforcement proceeding with respect to Mr. Bannon's subpoena and the invocation of executive privilege.

12. All documents in your possession regarding the applicability of the advice of counsel defense to an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

13. All documents in your possession that reference making an example of Mr. Bannon, punishing him, hoping to influence or affect the conduct of other potential witnesses before the Select Committee, or words or similar meaning and effect.

14. All documents in your possession which tend to show the bias of any Select Committee member or staff (including animosity toward Mr. Bannon, or animosity toward a group with which Mr. Bannon is affiliated).

15. All documents in your possession which tend to show a conflict of interest involving any Select Committee member or staff (including but not limited to documents that pertain to payments for a book that was written by and/or promoted by any Select Committee member or staff from January 6, 2021, up until the present date).

16. All documents in your possession pertaining to the decision to seek to file an amicus brief on behalf of the U.S. House of Representatives in this criminal case, and it contents.

17. All documents in your possession reflecting any efforts by the Select Committee to work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

18. All documents in your possession pertaining to the Select Committee's decision to deviate from precedent and not work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

19. All drafts in your possession of the October 19, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel to Mr. Bannon.

20. All documents in your possession pertaining to the Select Committee's decision, as memorialized in the Select Committee Chair's October 19, 2021, letter to Mr. Costello, to not grant Mr. Bannon a one-week adjournment to assess the impact of the *Donald J. Trump v. Bennie Thompson, et al.*, 21-cv-02769 (D.D.C. 2021) lawsuit.

21. All documents in your possession pertaining to your November 2, 2021, FBI interview, including, but not limited to, any subpoenas served upon you to secure your appearance, any statement you prepared in advance of the interview, and any documents you produced to the FBI pursuant to this interview.

22. All documents in your possession that informed the position you took in your November 2, 2021, FBI interview that the Select Committee lacked a ranking minority member, as well as all documents that lead you to change this position in the amicus brief filed in this matter on May 10, 2022, wherein you state that Rep. Liz Cheney (WY) is the ranking minority member.

# Exhibit C

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Stephen K. Bannon | ) | Case No.   21-cr-670 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Kristen Amerling, Esq.
      Chief Counsel and Deputy Staff Director, January 6th Select Committee
      United States House of Representatives

        **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court for the District of Columbia | Courtroom No.: | 19 |
|---|---|---|---|
| | | Date and Time: | 07/18/2022 9:00 am |

        You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
See Schedule A (attached).

        *(SEAL)*

Date:   06/07/2022

                                                        *CLERK OF COURT*

                                                        _____
                                                        *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Stephen K. Bannon
_____ , who requests this subpoena, are:

M. Evan Corcoran (D.C. Bar No. 440027)
400 E. Pratt St., Suite 900, Baltimore, MD 21202
Telephone: (410) 385-2225
Email: ecorcoran@silvermanthompson.com

David I. Schoen (D.C. Bar No. 391408)
 2800 Zelda Rd., Suite 100-6, Montgomery, AL 36106
Telephone: (334) 395-6611
Email: schoenlawfirm@gmail.com

Robert J. Costello (Pro Hac Vic Pending)
605 Third Ave., New York, NY 10158
Telephone: (212) 557-7200
Email: rjc@dhclegal.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   21-cr-670

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Kristen Amerling, Esq.

was received by me on *(date)*   06/02/2022   .

☑ I served the subpoena by delivering a copy to the named person as follows:   Sent via electronic means and

accepted on behalf of named individual by authorized representative Douglas Letter, Esq., General Counsel,

U.S. House of Representatives.                                    on *(date)*   06/03/2022   ; or

☐ I returned the subpoena unexecuted because:

.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$                                        .

My fees are $                        for travel and $                        for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   06/10/2022                                    /s/ Robert J. Costello
                                                         *Server's signature*

                                    Robert J. Costello, Esq., Attorney for Stephen K. Bannon
                                                         *Printed name and title*

                                                         605 Third Avenue
                                                         New York, New York 10158

                                                         *Server's address*

Additional information regarding attempted service, etc:

## SCHEDULE A

**YOU ARE COMMANDED**, pursuant to this **SUBPOENA TO TESTIFY AT TRIAL IN A CRIMINAL CASE**, to bring with you documents and electronically stored information that pertain to your appearance as a witness in this matter, described in detail below. Please provide the documents in electronic format to dcaimona@silvermanthompson.com at any time prior to **July 14, 2022**, or, in the alternative, please bring the documents with you to the Pretrial Conference scheduled in this matter for **July 14, 2022, at 9:00 A.M.**

The **COMMAND** for production is limited to documents created or received on or after **January 6, 2021**, up to the present date.

The term "**document**" – used in the numbered paragraphs below – means any written, recorded, or graphic matter of any nature whatsoever, regardless of classification level, how recorded, or how stored/displayed (e.g. on a social media platform) and whether original or copy, including, but not limited to, the following: memoranda, reports, expense reports, books, manuals, instructions, financial reports, data, working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospectuses, communications, electronic mail (email), contracts, cables, notations of any type of conversation, telephone call, meeting or other inter-office or intra-office communication, bulletins, printed matter, computer printouts, computer or mobile device screenshots/screen captures, teletypes, invoices, transcripts, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, and work sheets (and all drafts, preliminary versions, alterations, modifications, revisions, changes, and amendments of any of the foregoing, as well as any attachments or appendices thereto), and

graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recording and motion pictures), and electronic, mechanical, and electric records or representations of any kind (including, without limitation, tapes, cassettes, disks, and recordings) and other written, printed, typed, or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, film, tape, disk, videotape, or otherwise. A document bearing any notation not a part of the original text is to be considered a separate document. A draft or non-identical copy is a separate document within the meaning of this term.

The phrase "**in your possession**" – used in the numbered paragraphs below – means all documents in your custody, and control — including any documents or communications stored or located on personal devices (e.g., personal computers, cellular phones, tablets, etc.), in personal, professional, or campaign accounts, and/or on personal, professional, or campaign applications (e.g. email accounts, contact lists, calendar entries, etc.).

### Documents That Must Be Produced

1. All documents in your possession regarding the establishment of the January 6th Select Committee ("Select Committee"), its membership, its staffing, its budget, its authority and functioning, and the authority of the Select Committee to issue subpoenas.

2. All documents in your possession regarding Mr. Bannon's appearance as a witness and/or production of documents.

3. All documents in your possession regarding the issuance of a subpoena to Mr. Bannon.

4. All documents in your possession regarding President Donald J. Trump's assertion of executive privilege in response to any request of the Select Committee.

5. All drafts in your possession of the October 8, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

6. All documents and information in your possession regarding attendance on October 14, 2021, by Select Committee members and staff at the hearing room designated for the appearance of Mr. Bannon.

7. All drafts in your possession of the October 15, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

8. All documents in your possession regarding what constitutes a default by a witness in response to a Select Committee subpoena, and/or what does not constitute a default by a witness in response to a Select Committee subpoena.

9. Any private or public statement(s) by you and/or in your possession regarding Mr. Bannon's interaction with the Select Committee.

10. All documents in your possession regarding the factors to be considered in determining whether to bring a civil or criminal action or other sanction for an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

11. All documents in your possession pertaining to the consideration of whether to pursue a civil enforcement proceeding with respect to Mr. Bannon's subpoena and the invocation of executive privilege.

12. All documents in your possession regarding the applicability of the advice of counsel defense to an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

13. All documents in your possession that reference making an example of Mr. Bannon, punishing him, hoping to influence or affect the conduct of other potential witnesses before the Select Committee, or words or similar meaning and effect.

14. All documents in your possession which tend to show the bias of any Select Committee member or staff (including animosity toward Mr. Bannon, or animosity toward a group with which Mr. Bannon is affiliated).

15. All documents in your possession which tend to show a conflict of interest involving any Select Committee member or staff (including but not limited to documents that pertain to payments for a book that was written by and/or promoted by any Select Committee member or staff from January 6, 2021, up until the present date).

16. All documents in your possession pertaining to the decision to seek to file an amicus brief on behalf of the U.S. House of Representatives in this criminal case, and it contents.

17. All documents in your possession reflecting any efforts by the Select Committee to work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

18. All documents in your possession pertaining to the Select Committee's decision to deviate from precedent and not work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

19. All drafts in your possession of the October 19, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel to Mr. Bannon.

20. All documents in your possession pertaining to the Select Committee's decision, as memorialized in the Select Committee Chair's October 19, 2021, letter to Mr. Costello, to not grant Mr. Bannon a one-week adjournment to assess the impact of the *Donald J. Trump v. Bennie Thompson, et al.*, 21-cv-02769 (D.D.C. 2021) lawsuit.

# Exhibit D

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Stephen K. Bannon | ) | Case No.  21-cr-670 |
| | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    Representative Pete Aguilar (CA)
       Member, January 6th Select Committee
       United States House of Representatives

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court for the District of Columbia | Courtroom No.: | 19 |
|---|---|---|---|
| | | Date and Time: | 07/18/2022 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

See Schedule A (attached).

_(SEAL)_

Date:    06/07/2022

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_    Stephen K. Bannon
_____ , who requests this subpoena, are:

M. Evan Corcoran (D.C. Bar No. 440027)
400 E. Pratt St., Suite 900, Baltimore, MD 21202
Telephone: (410) 385-2225
Email: ecorcoran@silvermanthompson.com

David I. Schoen (D.C. Bar No. 391408)
2800 Zelda Rd., Suite 100-6, Montgomery, AL 36106
Telephone: (334) 395-6611
Email: schoenlawfirm@gmail.com

Robert J. Costello (Pro Hac Vic Pending)
605 Third Ave., New York, NY 10158
Telephone: (212) 557-7200
Email: rjc@dhclegal.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   21-cr-670

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Rep. Pete Aguilar (CA), Member, Jan. 6th Select Comm.

was received by me on *(date)*   06/02/2022   .

☑ I served the subpoena by delivering a copy to the named person as follows:   Sent via electronic means and

accepted on behalf of named individual by authorized representative Douglas Letter, Esq., General Counsel,

U.S. House of Representatives.   on *(date)*   06/03/2022   ; or

❑ I returned the subpoena unexecuted because:

.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   .

My fees are $   for travel and $   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   06/10/2022   /s/ Robert J. Costello

*Server's signature*

Robert J. Costello, Esq., Attorney for Stephen K. Bannon

*Printed name and title*

605 Third Avenue
New York, New York 10158

*Server's address*

Additional information regarding attempted service, etc:

## SCHEDULE A

**YOU ARE COMMANDED**, pursuant to this **SUBPOENA TO TESTIFY AT TRIAL IN A CRIMINAL CASE**, to bring with you documents and electronically stored information that pertain to your appearance as a witness in this matter, described in detail below. Please provide the documents in electronic format to dcaimona@silvermanthompson.com at any time prior to **July 14, 2022**, or, in the alternative, please bring the documents with you to the Pretrial Conference scheduled in this matter for **July 14, 2022, at 9:00 A.M.**

The **COMMAND** for production is limited to documents created or received on or after **January 6, 2021**, up to the present date.

The term "**document**" –  used in the numbered paragraphs below – means any written, recorded, or graphic matter of any nature whatsoever, regardless of classification level, how recorded, or how stored/displayed (e.g. on a social media platform) and whether original or copy, including, but not limited to, the following: memoranda, reports, expense reports, books, manuals, instructions, financial reports, data, working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospectuses, communications, electronic mail (email), contracts, cables, notations of any type of conversation, telephone call, meeting or other inter-office or intra-office communication, bulletins, printed matter, computer printouts, computer or mobile device screenshots/screen captures, teletypes, invoices, transcripts, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, and work sheets (and all drafts, preliminary versions, alterations, modifications, revisions, changes, and amendments of any of the foregoing, as well as any attachments or appendices thereto), and

graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recording and motion pictures), and electronic, mechanical, and electric records or representations of any kind (including, without limitation, tapes, cassettes, disks, and recordings) and other written, printed, typed, or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, film, tape, disk, videotape, or otherwise. A document bearing any notation not a part of the original text is to be considered a separate document. A draft or non-identical copy is a separate document within the meaning of this term.

The phrase "**in your possession**" – used in the numbered paragraphs below – means all documents in your custody, and control — including any documents or communications stored or located on personal devices (e.g., personal computers, cellular phones, tablets, etc.), in personal, professional, or campaign accounts, and/or on personal, professional, or campaign applications (e.g. email accounts, contact lists, calendar entries, etc.).

## Documents That Must Be Produced

1. All documents in your possession regarding the establishment of the January 6th Select Committee ("Select Committee"), its membership, its staffing, its budget, its authority and functioning, and the authority of the Select Committee to issue subpoenas.

2. All documents in your possession regarding Mr. Bannon's appearance as a witness and/or production of documents.

3. All documents in your possession regarding the issuance of a subpoena to Mr. Bannon.

4. All documents in your possession regarding President Donald J. Trump's assertion of executive privilege in response to any request of the Select Committee.

5. All drafts in your possession of the October 8, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

6. All documents and information in your possession regarding attendance on October 14, 2021, by Select Committee members and staff at the hearing room designated for the appearance of Mr. Bannon.

7.  All drafts in your possession of the October 15, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

8.  All documents in your possession regarding what constitutes a default by a witness in response to a Select Committee subpoena, and/or what does not constitute a default by a witness in response to a Select Committee subpoena.

9.  Any private or public statement(s) by you and/or in your possession regarding Mr. Bannon's interaction with the Select Committee.

10. All documents in your possession regarding the factors to be considered in determining whether to bring a civil or criminal action or other sanction for an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

11. All documents in your possession pertaining to the consideration of whether to pursue a civil enforcement proceeding with respect to Mr. Bannon's subpoena and the invocation of executive privilege.

12. All documents in your possession regarding the applicability of the advice of counsel defense to an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

13. All documents in your possession that reference making an example of Mr. Bannon, punishing him, hoping to influence or affect the conduct of other potential witnesses before the Select Committee, or words or similar meaning and effect.

14. All documents in your possession which tend to show the bias of any Select Committee member or staff (including animosity toward Mr. Bannon, or animosity toward a group with which Mr. Bannon is affiliated).

15. All documents in your possession which tend to show a conflict of interest involving any Select Committee member or staff (including but not limited to documents that pertain to payments for a book that was written by and/or promoted by any Select Committee member or staff from January 6, 2021, up until the present date).

16. All documents in your possession pertaining to the decision to seek to file an amicus brief on behalf of the U.S. House of Representatives in this criminal case, and it contents.

17. All documents in your possession reflecting any efforts by the Select Committee to work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

18. All documents in your possession pertaining to the Select Committee's decision to deviate from precedent and not work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

19. All drafts in your possession of the October 19, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel to Mr. Bannon.

20. All documents in your possession pertaining to the Select Committee's decision, as memorialized in the Select Committee Chair's October 19, 2021, letter to Mr. Costello, to not grant Mr. Bannon a one-week adjournment to assess the impact of the *Donald J. Trump v. Bennie Thompson, et al.*, 21-cv-02769 (D.D.C. 2021) lawsuit.

# Exhibit E

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Stephen K. Bannon | ) | Case No.  21-cr-670 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Representative Liz Cheney (WY)
Vice-Chair, January 6th Select Committee
United States House of Representatives

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court for the District of Columbia | Courtroom No.: | 19 |
|---|---|---|---|
| | | Date and Time: | 07/18/2022 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
See Schedule A (attached).

*(SEAL)*

Date:   06/07/2022

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Stephen K. Bannon
_____ , who requests this subpoena, are:

M. Evan Corcoran (D.C. Bar No. 440027)
400 E. Pratt St., Suite 900, Baltimore, MD 21202
Telephone: (410) 385-2225
Email: ecorcoran@silvermanthompson.com

David I. Schoen (D.C. Bar No. 391408)
2800 Zelda Rd., Suite 100-6, Montgomery, AL 36106
Telephone: (334) 395-6611
Email: schoenlawfirm@gmail.com

Robert J. Costello (Pro Hac Vic Pending)
605 Third Ave., New York, NY 10158
Telephone: (212) 557-7200
Email: rjc@dhclegal.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   21-cr-670

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*    Rep. Liz Cheney (WY), Vice-Chair, Jan. 6th Select Comm.

was received by me on *(date)*    06/02/2022    .

☑ I served the subpoena by delivering a copy to the named person as follows:   Sent via electronic means and

accepted on behalf of named individual by authorized representative Douglas Letter, Esq., General Counsel,

U.S. House of Representatives.                          on *(date)*    06/03/2022    ; or

☐ I returned the subpoena unexecuted because:                                                                    .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$                            .

My fees are $                     for travel and $                     for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    06/10/2022                              /s/ Robert J. Costello
                                                *Server's signature*

                                        Robert J. Costello, Esq., Attorney for Stephen K. Bannon
                                                *Printed name and title*

                                                605 Third Avenue
                                                New York, New York 10158

                                                *Server's address*

Additional information regarding attempted service, etc:

## SCHEDULE A

**YOU ARE COMMANDED**, pursuant to this **SUBPOENA TO TESTIFY AT TRIAL IN A CRIMINAL CASE**, to bring with you documents and electronically stored information that pertain to your appearance as a witness in this matter, described in detail below. Please provide the documents in electronic format to dcaimona@silvermanthompson.com at any time prior to **July 14, 2022**, or, in the alternative, please bring the documents with you to the Pretrial Conference scheduled in this matter for **July 14, 2022, at 9:00 A.M.**

The **COMMAND** for production is limited to documents created or received on or after **January 6, 2021**, up to the present date.

The term "**document**" –  used in the numbered paragraphs below – means any written, recorded, or graphic matter of any nature whatsoever, regardless of classification level, how recorded, or how stored/displayed (e.g. on a social media platform) and whether original or copy, including, but not limited to, the following: memoranda, reports, expense reports, books, manuals, instructions, financial reports, data, working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospectuses, communications, electronic mail (email), contracts, cables, notations of any type of conversation, telephone call, meeting or other inter-office or intra-office communication, bulletins, printed matter, computer printouts, computer or mobile device screenshots/screen captures, teletypes, invoices, transcripts, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, and work sheets (and all drafts, preliminary versions, alterations, modifications, revisions, changes, and amendments of any of the foregoing, as well as any attachments or appendices thereto), and

graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recording and motion pictures), and electronic, mechanical, and electric records or representations of any kind (including, without limitation, tapes, cassettes, disks, and recordings) and other written, printed, typed, or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, film, tape, disk, videotape, or otherwise. A document bearing any notation not a part of the original text is to be considered a separate document. A draft or non-identical copy is a separate document within the meaning of this term.

The phrase "**in your possession**" – used in the numbered paragraphs below – means all documents in your custody, and control — including any documents or communications stored or located on personal devices (e.g., personal computers, cellular phones, tablets, etc.), in personal, professional, or campaign accounts, and/or on personal, professional, or campaign applications (e.g. email accounts, contact lists, calendar entries, etc.).

## Documents That Must Be Produced

1. All documents in your possession regarding the establishment of the January 6th Select Committee ("Select Committee"), its membership, its staffing, its budget, its authority and functioning, and the authority of the Select Committee to issue subpoenas.

2. All documents in your possession regarding Mr. Bannon's appearance as a witness and/or production of documents.

3. All documents in your possession regarding the issuance of a subpoena to Mr. Bannon.

4. All documents in your possession regarding President Donald J. Trump's assertion of executive privilege in response to any request of the Select Committee.

5. All drafts in your possession of the October 8, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

6. All documents and information in your possession regarding attendance on October 14, 2021, by Select Committee members and staff at the hearing room designated for the appearance of Mr. Bannon.

7. All drafts in your possession of the October 15, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

8. All documents in your possession regarding what constitutes a default by a witness in response to a Select Committee subpoena, and/or what does not constitute a default by a witness in response to a Select Committee subpoena.

9. Any private or public statement(s) by you and/or in your possession regarding Mr. Bannon's interaction with the Select Committee.

10. All documents in your possession regarding the factors to be considered in determining whether to bring a civil or criminal action or other sanction for an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

11. All documents in your possession pertaining to the consideration of whether to pursue a civil enforcement proceeding with respect to Mr. Bannon's subpoena and the invocation of executive privilege.

12. All documents in your possession regarding the applicability of the advice of counsel defense to an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

13. All documents in your possession that reference making an example of Mr. Bannon, punishing him, hoping to influence or affect the conduct of other potential witnesses before the Select Committee, or words or similar meaning and effect.

14. All documents in your possession which tend to show the bias of any Select Committee member or staff (including animosity toward Mr. Bannon, or animosity toward a group with which Mr. Bannon is affiliated).

15. All documents in your possession which tend to show a conflict of interest involving any Select Committee member or staff (including but not limited to documents that pertain to payments for a book that was written by and/or promoted by any Select Committee member or staff from January 6, 2021, up until the present date).

16. All documents in your possession pertaining to the decision to seek to file an amicus brief on behalf of the U.S. House of Representatives in this criminal case, and it contents.

17. All documents in your possession reflecting any efforts by the Select Committee to work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

18. All documents in your possession pertaining to the Select Committee's decision to deviate from precedent and not work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

19. All drafts in your possession of the October 19, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel to Mr. Bannon.

20. All documents in your possession pertaining to the Select Committee's decision, as memorialized in the Select Committee Chair's October 19, 2021, letter to Mr. Costello, to not grant Mr. Bannon a one-week adjournment to assess the impact of the *Donald J. Trump v. Bennie Thompson, et al.*, 21-cv-02769 (D.D.C. 2021) lawsuit.

# Exhibit F

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Stephen K. Bannon | ) | Case No.  21-cr-670 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    Representative Jim Clyburn (SC)
       United States House of Representatives

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court for the District of Columbia | Courtroom No.: | 19 |
|---|---|---|---|
| | | Date and Time: | 07/18/2022 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

See Schedule A (attached).

*(SEAL)*

Date:    06/07/2022

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Stephen K. Bannon
_____ , who requests this subpoena, are:

M. Evan Corcoran (D.C. Bar No. 440027)
400 E. Pratt St., Suite 900, Baltimore, MD 21202
Telephone: (410) 385-2225
Email: ecorcoran@silvermanthompson.com

David I. Schoen (D.C. Bar No. 391408)
2800 Zelda Rd., Suite 100-6, Montgomery, AL 36106
Telephone: (334) 395-6611
Email: schoenlawfirm@gmail.com

Robert J. Costello (Pro Hac Vic Pending)
605 Third Ave., New York, NY 10158
Telephone: (212) 557-7200
Email: rjc@dhclegal.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   21-cr-670

# PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Rep. Jim Clyburn (SC), House Majority Whip

was received by me on *(date)*   06/02/2022   .

❐  I served the subpoena by delivering a copy to the named person as follows:   Sent via electronic means and

accepted on behalf of named individual by authorized representative Douglas Letter, Esq., General Counsel,

U.S. House of Representatives.                                  on *(date)*   06/03/2022   ; or

❐  I returned the subpoena unexecuted because:

                                                                                                                            .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$                                      .

My fees are $                          for travel and $                          for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date:   06/10/2022                                      /s/ Robert J. Costello
                                                          *Server's signature*

                                        Robert J. Costello, Esq., Attorney for Stephen K. Bannon
                                                          *Printed name and title*

                                                          605 Third Avenue
                                                          New York, New York 10158

                                                          *Server's address*

Additional information regarding attempted service, etc:

## SCHEDULE A

**YOU ARE COMMANDED**, pursuant to this **SUBPOENA TO TESTIFY AT TRIAL IN A CRIMINAL CASE**, to bring with you documents and electronically stored information that pertain to your appearance as a witness in this matter, described in detail below. Please provide the documents in electronic format to dcaimona@silvermanthompson.com at any time prior to **July 14, 2022**, or, in the alternative, please bring the documents with you to the Pretrial Conference scheduled in this matter for **July 14, 2022, at 9:00 A.M.**

The **COMMAND** for production is limited to documents created or received on or after **January 6, 2021**, up to the present date.

The term "**document**" – used in the numbered paragraphs below – means any written, recorded, or graphic matter of any nature whatsoever, regardless of classification level, how recorded, or how stored/displayed (e.g. on a social media platform) and whether original or copy, including, but not limited to, the following: memoranda, reports, expense reports, books, manuals, instructions, financial reports, data, working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospectuses, communications, electronic mail (email), contracts, cables, notations of any type of conversation, telephone call, meeting or other inter-office or intra-office communication, bulletins, printed matter, computer printouts, computer or mobile device screenshots/screen captures, teletypes, invoices, transcripts, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, and work sheets (and all drafts, preliminary versions, alterations, modifications, revisions, changes, and amendments of any of the foregoing, as well as any attachments or appendices thereto), and

graphic or oral records or representations of any kind (including, without limitation,

photographs, charts, graphs, microfiche, microfilm, videotape, recording and motion pictures),

and electronic, mechanical, and electric records or representations of any kind (including,

without limitation, tapes, cassettes, disks, and recordings) and other written, printed, typed, or

other graphic or recorded matter of any kind or nature, however produced or reproduced, and

whether preserved in writing, film, tape, disk, videotape, or otherwise. A document bearing any

notation not a part of the original text is to be considered a separate document. A draft or non-

identical copy is a separate document within the meaning of this term.

The phrase "**in your possession**" – used in the numbered paragraphs below – means all

documents in your custody, and control — including any documents or communications stored

or located on personal devices (e.g., personal computers, cellular phones, tablets, etc.), in

personal, professional, or campaign accounts, and/or on personal, professional, or campaign

applications (e.g. email accounts, contact lists, calendar entries, etc.).

### Documents That Must Be Produced

1. All documents in your possession regarding the establishment of the January 6th Select Committee ("Select Committee"), its membership, its staffing, its budget, its authority and functioning, and the authority of the Select Committee to issue subpoenas.

2. All documents in your possession regarding Mr. Bannon's appearance as a witness and/or production of documents.

3. All documents in your possession regarding the issuance of a subpoena to Mr. Bannon.

4. All documents in your possession regarding President Donald J. Trump's assertion of executive privilege in response to any request of the Select Committee.

5. All drafts in your possession of the October 8, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

6. All documents and information in your possession regarding attendance on October 14, 2021, by Select Committee members and staff at the hearing room designated for the appearance of Mr. Bannon.

7.  All drafts in your possession of the October 15, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

8.  All documents in your possession regarding what constitutes a default by a witness in response to a Select Committee subpoena, and/or what does not constitute a default by a witness in response to a Select Committee subpoena.

9.  Any private or public statement(s) by you and/or in your possession regarding Mr. Bannon's interaction with the Select Committee.

10. All documents in your possession regarding the factors to be considered in determining whether to bring a civil or criminal action or other sanction for an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

11. All documents in your possession pertaining to the consideration of whether to pursue a civil enforcement proceeding with respect to Mr. Bannon's subpoena and the invocation of executive privilege.

12. All documents in your possession regarding the applicability of the advice of counsel defense to an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

13. All documents in your possession that reference making an example of Mr. Bannon, punishing him, hoping to influence or affect the conduct of other potential witnesses before the Select Committee, or words or similar meaning and effect.

14. All documents in your possession which tend to show the bias of any Select Committee member or staff (including animosity toward Mr. Bannon, or animosity toward a group with which Mr. Bannon is affiliated).

15. All documents in your possession which tend to show a conflict of interest involving any Select Committee member or staff (including but not limited to documents that pertain to payments for a book that was written by and/or promoted by any Select Committee member or staff from January 6, 2021, up until the present date).

16. All documents in your possession pertaining to the decision to seek to file an amicus brief on behalf of the U.S. House of Representatives in this criminal case, and it contents.

17. All documents in your possession reflecting any efforts by the Select Committee to work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

18. All documents in your possession pertaining to the Select Committee's decision to deviate from precedent and not work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

19. All drafts in your possession of the October 19, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel to Mr. Bannon.

20. All documents in your possession pertaining to the Select Committee's decision, as memorialized in the Select Committee Chair's October 19, 2021, letter to Mr. Costello, to not grant Mr. Bannon a one-week adjournment to assess the impact of the *Donald J. Trump v. Bennie Thompson, et al.*, 21-cv-02769 (D.D.C. 2021) lawsuit.

# Exhibit G

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Stephen K. Bannon | ) | Case No.  21-cr-670 |
| | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Representative Steny Hoyer (MD)
      United States House of Representatives

      **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown
below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer
allows you to leave.

| Place of Appearance: | United States District Court for the District of Columbia | Courtroom No.: | 19 |
|---|---|---|---|
| | | Date and Time: | 07/18/2022 9:00 am |

      You must also bring with you the following documents, electronically stored information, or objects _(blank if not
applicable)_:
See Schedule A (attached).

_(SEAL)_

Date:   06/07/2022

                                        CLERK OF COURT

                                        _____
                                        _Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_   Stephen K. Bannon
_____ , who requests this subpoena, are:

M. Evan Corcoran (D.C. Bar No. 440027)              David I. Schoen (D.C. Bar No. 391408)
400 E. Pratt St., Suite 900, Baltimore, MD 21202     2800 Zelda Rd., Suite 100-6, Montgomery, AL 36106
Telephone: (410) 385-2225                           Telephone: (334) 395-6611
Email: ecorcoran@silvermanthompson.com              Email: schoenlawfirm@gmail.com

Robert J. Costello (Pro Hac Vic Pending)
605 Third Ave., New York, NY 10158
Telephone: (212) 557-7200
Email: rjc@dhclegal.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   21-cr-670

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Rep. Steny Hoyer (MD), House Majority Leader

was received by me on *(date)*   06/02/2022   .

☑ I served the subpoena by delivering a copy to the named person as follows:   Sent via electronic means and

accepted on behalf of named individual by authorized representative Douglas Letter, Esq., General Counsel,

U.S. House of Representatives.   on *(date)*   06/03/2022   ; or

☐ I returned the subpoena unexecuted because:

.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   .

My fees are $   for travel and $   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   06/10/2022

/s/ Robert J. Costello

*Server's signature*

Robert J. Costello, Esq., Attorney for Stephen K. Bannon

*Printed name and title*

605 Third Avenue
New York, New York 10158

*Server's address*

Additional information regarding attempted service, etc:

## SCHEDULE A

**YOU ARE COMMANDED**, pursuant to this **SUBPOENA TO TESTIFY AT TRIAL IN A CRIMINAL CASE**, to bring with you documents and electronically stored information that pertain to your appearance as a witness in this matter, described in detail below. Please provide the documents in electronic format to dcaimona@silvermanthompson.com at any time prior to **July 14, 2022**, or, in the alternative, please bring the documents with you to the Pretrial Conference scheduled in this matter for **July 14, 2022, at 9:00 A.M.**

The **COMMAND** for production is limited to documents created or received on or after **January 6, 2021**, up to the present date.

The term "**document**" –  used in the numbered paragraphs below – means any written, recorded, or graphic matter of any nature whatsoever, regardless of classification level, how recorded, or how stored/displayed (e.g. on a social media platform) and whether original or copy, including, but not limited to, the following: memoranda, reports, expense reports, books, manuals, instructions, financial reports, data, working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospectuses, communications, electronic mail (email), contracts, cables, notations of any type of conversation, telephone call, meeting or other inter-office or intra-office communication, bulletins, printed matter, computer printouts, computer or mobile device screenshots/screen captures, teletypes, invoices, transcripts, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, and work sheets (and all drafts, preliminary versions, alterations, modifications, revisions, changes, and amendments of any of the foregoing, as well as any attachments or appendices thereto), and

graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recording and motion pictures), and electronic, mechanical, and electric records or representations of any kind (including, without limitation, tapes, cassettes, disks, and recordings) and other written, printed, typed, or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, film, tape, disk, videotape, or otherwise. A document bearing any notation not a part of the original text is to be considered a separate document. A draft or non-identical copy is a separate document within the meaning of this term.

The phrase "**in your possession**" – used in the numbered paragraphs below – means all documents in your custody, and control — including any documents or communications stored or located on personal devices (e.g., personal computers, cellular phones, tablets, etc.), in personal, professional, or campaign accounts, and/or on personal, professional, or campaign applications (e.g. email accounts, contact lists, calendar entries, etc.).

### Documents That Must Be Produced

1. All documents in your possession regarding the establishment of the January 6th Select Committee ("Select Committee"), its membership, its staffing, its budget, its authority and functioning, and the authority of the Select Committee to issue subpoenas.

2. All documents in your possession regarding Mr. Bannon's appearance as a witness and/or production of documents.

3. All documents in your possession regarding the issuance of a subpoena to Mr. Bannon.

4. All documents in your possession regarding President Donald J. Trump's assertion of executive privilege in response to any request of the Select Committee.

5. All drafts in your possession of the October 8, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

6. All documents and information in your possession regarding attendance on October 14, 2021, by Select Committee members and staff at the hearing room designated for the appearance of Mr. Bannon.

7. All drafts in your possession of the October 15, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

8. All documents in your possession regarding what constitutes a default by a witness in response to a Select Committee subpoena, and/or what does not constitute a default by a witness in response to a Select Committee subpoena.

9. Any private or public statement(s) by you and/or in your possession regarding Mr. Bannon's interaction with the Select Committee.

10. All documents in your possession regarding the factors to be considered in determining whether to bring a civil or criminal action or other sanction for an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

11. All documents in your possession pertaining to the consideration of whether to pursue a civil enforcement proceeding with respect to Mr. Bannon's subpoena and the invocation of executive privilege.

12. All documents in your possession regarding the applicability of the advice of counsel defense to an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

13. All documents in your possession that reference making an example of Mr. Bannon, punishing him, hoping to influence or affect the conduct of other potential witnesses before the Select Committee, or words or similar meaning and effect.

14. All documents in your possession which tend to show the bias of any Select Committee member or staff (including animosity toward Mr. Bannon, or animosity toward a group with which Mr. Bannon is affiliated).

15. All documents in your possession which tend to show a conflict of interest involving any Select Committee member or staff (including but not limited to documents that pertain to payments for a book that was written by and/or promoted by any Select Committee member or staff from January 6, 2021, up until the present date).

16. All documents in your possession pertaining to the decision to seek to file an amicus brief on behalf of the U.S. House of Representatives in this criminal case, and it contents.

17. All documents in your possession reflecting any efforts by the Select Committee to work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

18. All documents in your possession pertaining to the Select Committee's decision to deviate from precedent and not work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

19. All drafts in your possession of the October 19, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel to Mr. Bannon.

20. All documents in your possession pertaining to the Select Committee's decision, as memorialized in the Select Committee Chair's October 19, 2021, letter to Mr. Costello, to not grant Mr. Bannon a one-week adjournment to assess the impact of the *Donald J. Trump v. Bennie Thompson, et al.*, 21-cv-02769 (D.D.C. 2021) lawsuit.

# Exhibit H

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Stephen K. Bannon | ) | Case No.  21-cr-670 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:     Representative Adam Kinzinger (IL)
        Member, January 6th Select Committee
        United States House of Representatives

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court for the District of Columbia | Courtroom No.: | 19 |
|---|---|---|---|
| | | Date and Time: | 07/18/2022 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

See Schedule A (attached).

*(SEAL)*

Date:     06/07/2022

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     Stephen K. Bannon
_____ , who requests this subpoena, are:

M. Evan Corcoran (D.C. Bar No. 440027)
400 E. Pratt St., Suite 900, Baltimore, MD 21202
Telephone: (410) 385-2225
Email: ecorcoran@silvermanthompson.com

David I. Schoen (D.C. Bar No. 391408)
2800 Zelda Rd., Suite 100-6, Montgomery, AL 36106
Telephone: (334) 395-6611
Email: schoenlawfirm@gmail.com

Robert J. Costello (Pro Hac Vic Pending)
605 Third Ave., New York, NY 10158
Telephone: (212) 557-7200
Email: rjc@dhclegal.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   21-cr-670

# PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Rep. Adam Kinzinger (IL), Member, Jan. 6th Select Comm.

was received by me on *(date)*   06/02/2022   .

☑ I served the subpoena by delivering a copy to the named person as follows:   Sent via electronic means and

accepted on behalf of named individual by authorized representative Douglas Letter, Esq., General Counsel,

U.S. House of Representatives.   on *(date)*   06/03/2022   ; or

☐ I returned the subpoena unexecuted because:   

.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   .

My fees are $   for travel and $   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   06/10/2022

/s/ Robert J. Costello
*Server's signature*

Robert J. Costello, Esq., Attorney for Stephen K. Bannon
*Printed name and title*

605 Third Avenue
New York, New York 10158

*Server's address*

Additional information regarding attempted service, etc:

## SCHEDULE A

**YOU ARE COMMANDED**, pursuant to this **SUBPOENA TO TESTIFY AT TRIAL IN A CRIMINAL CASE**, to bring with you documents and electronically stored information that pertain to your appearance as a witness in this matter, described in detail below. Please provide the documents in electronic format to dcaimona@silvermanthompson.com at any time prior to **July 14, 2022**, or, in the alternative, please bring the documents with you to the Pretrial Conference scheduled in this matter for **July 14, 2022, at 9:00 A.M.**

The **COMMAND** for production is limited to documents created or received on or after **January 6, 2021**, up to the present date.

The term "**document**" –  used in the numbered paragraphs below – means any written, recorded, or graphic matter of any nature whatsoever, regardless of classification level, how recorded, or how stored/displayed (e.g. on a social media platform) and whether original or copy, including, but not limited to, the following: memoranda, reports, expense reports, books, manuals, instructions, financial reports, data, working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospectuses, communications, electronic mail (email), contracts, cables, notations of any type of conversation, telephone call, meeting or other inter-office or intra-office communication, bulletins, printed matter, computer printouts, computer or mobile device screenshots/screen captures, teletypes, invoices, transcripts, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, and work sheets (and all drafts, preliminary versions, alterations, modifications, revisions, changes, and amendments of any of the foregoing, as well as any attachments or appendices thereto), and

graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recording and motion pictures), and electronic, mechanical, and electric records or representations of any kind (including, without limitation, tapes, cassettes, disks, and recordings) and other written, printed, typed, or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, film, tape, disk, videotape, or otherwise. A document bearing any notation not a part of the original text is to be considered a separate document. A draft or non-identical copy is a separate document within the meaning of this term.

The phrase "**in your possession**" – used in the numbered paragraphs below – means all documents in your custody, and control — including any documents or communications stored or located on personal devices (e.g., personal computers, cellular phones, tablets, etc.), in personal, professional, or campaign accounts, and/or on personal, professional, or campaign applications (e.g. email accounts, contact lists, calendar entries, etc.).

### Documents That Must Be Produced

1. All documents in your possession regarding the establishment of the January 6th Select Committee ("Select Committee"), its membership, its staffing, its budget, its authority and functioning, and the authority of the Select Committee to issue subpoenas.

2. All documents in your possession regarding Mr. Bannon's appearance as a witness and/or production of documents.

3. All documents in your possession regarding the issuance of a subpoena to Mr. Bannon.

4. All documents in your possession regarding President Donald J. Trump's assertion of executive privilege in response to any request of the Select Committee.

5. All drafts in your possession of the October 8, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

6. All documents and information in your possession regarding attendance on October 14, 2021, by Select Committee members and staff at the hearing room designated for the appearance of Mr. Bannon.

7.  All drafts in your possession of the October 15, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

8.  All documents in your possession regarding what constitutes a default by a witness in response to a Select Committee subpoena, and/or what does not constitute a default by a witness in response to a Select Committee subpoena.

9.  Any private or public statement(s) by you and/or in your possession regarding Mr. Bannon's interaction with the Select Committee.

10. All documents in your possession regarding the factors to be considered in determining whether to bring a civil or criminal action or other sanction for an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

11. All documents in your possession pertaining to the consideration of whether to pursue a civil enforcement proceeding with respect to Mr. Bannon's subpoena and the invocation of executive privilege.

12. All documents in your possession regarding the applicability of the advice of counsel defense to an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

13. All documents in your possession that reference making an example of Mr. Bannon, punishing him, hoping to influence or affect the conduct of other potential witnesses before the Select Committee, or words or similar meaning and effect.

14.  All documents in your possession which tend to show the bias of any Select Committee member or staff (including animosity toward Mr. Bannon, or animosity toward a group with which Mr. Bannon is affiliated).

15. All documents in your possession which tend to show a conflict of interest involving any Select Committee member or staff (including but not limited to documents that pertain to payments for a book that was written by and/or promoted by any Select Committee member or staff from January 6, 2021, up until the present date).

16. All documents in your possession pertaining to the decision to seek to file an amicus brief on behalf of the U.S. House of Representatives in this criminal case, and it contents.

17. All documents in your possession reflecting any efforts by the Select Committee to work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

18. All documents in your possession pertaining to the Select Committee's decision to deviate from precedent and not work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

19. All drafts in your possession of the October 19, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel to Mr. Bannon.

20. All documents in your possession pertaining to the Select Committee's decision, as memorialized in the Select Committee Chair's October 19, 2021, letter to Mr. Costello, to not grant Mr. Bannon a one-week adjournment to assess the impact of the *Donald J. Trump v. Bennie Thompson, et al.*, 21-cv-02769 (D.D.C. 2021) lawsuit.

# Exhibit I

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Stephen K. Bannon | ) | Case No.   21-cr-670 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Representative Zoe Lofgren (CA)
Member, January 6th Select Committee
United States House of Representatives

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court for the District of Columbia | Courtroom No.: | 19 |
|---|---|---|---|
| | | Date and Time: | 07/18/2022 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

See Schedule A (attached).

*(SEAL)*

Date:   06/07/2022

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Stephen K. Bannon
_____ , who requests this subpoena, are:

M. Evan Corcoran (D.C. Bar No. 440027)
400 E. Pratt St., Suite 900, Baltimore, MD 21202
Telephone: (410) 385-2225
Email: ecorcoran@silvermanthompson.com

David I. Schoen (D.C. Bar No. 391408)
2800 Zelda Rd., Suite 100-6, Montgomery, AL 36106
Telephone: (334) 395-6611
Email: schoenlawfirm@gmail.com

Robert J. Costello (Pro Hac Vic Pending)
605 Third Ave., New York, NY 10158
Telephone: (212) 557-7200
Email: rjc@dhclegal.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   21-cr-670

# PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Rep. Zoe Lofgren (CA), Member, Jan. 6th Select Comm.

was received by me on *(date)*   06/02/2022   .

☑ I served the subpoena by delivering a copy to the named person as follows:   Sent via electronic means and

accepted on behalf of named individual by authorized representative Douglas Letter, Esq., General Counsel,

U.S. House of Representatives.                            on *(date)*   06/03/2022   ; or

☐ I returned the subpoena unexecuted because:

.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$                            .

My fees are $                    for travel and $                    for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   06/10/2022                              /s/ Robert J. Costello
                                                        *Server's signature*

                                    Robert J. Costello, Esq., Attorney for Stephen K. Bannon
                                                        *Printed name and title*

                                                        605 Third Avenue
                                                        New York, New York 10158

                                                        *Server's address*

Additional information regarding attempted service, etc:

## SCHEDULE A

**YOU ARE COMMANDED**, pursuant to this **SUBPOENA TO TESTIFY AT TRIAL IN A CRIMINAL CASE**, to bring with you documents and electronically stored information that pertain to your appearance as a witness in this matter, described in detail below. Please provide the documents in electronic format to dcaimona@silvermanthompson.com at any time prior to **July 14, 2022**, or, in the alternative, please bring the documents with you to the Pretrial Conference scheduled in this matter for **July 14, 2022, at 9:00 A.M.**

The **COMMAND** for production is limited to documents created or received on or after **January 6, 2021**, up to the present date.

The term "**document**" – used in the numbered paragraphs below – means any written, recorded, or graphic matter of any nature whatsoever, regardless of classification level, how recorded, or how stored/displayed (e.g. on a social media platform) and whether original or copy, including, but not limited to, the following: memoranda, reports, expense reports, books, manuals, instructions, financial reports, data, working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospectuses, communications, electronic mail (email), contracts, cables, notations of any type of conversation, telephone call, meeting or other inter-office or intra-office communication, bulletins, printed matter, computer printouts, computer or mobile device screenshots/screen captures, teletypes, invoices, transcripts, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, and work sheets (and all drafts, preliminary versions, alterations, modifications, revisions, changes, and amendments of any of the foregoing, as well as any attachments or appendices thereto), and

graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recording and motion pictures), and electronic, mechanical, and electric records or representations of any kind (including, without limitation, tapes, cassettes, disks, and recordings) and other written, printed, typed, or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, film, tape, disk, videotape, or otherwise. A document bearing any notation not a part of the original text is to be considered a separate document. A draft or non-identical copy is a separate document within the meaning of this term.

The phrase "**in your possession**" – used in the numbered paragraphs below – means all documents in your custody, and control — including any documents or communications stored or located on personal devices (e.g., personal computers, cellular phones, tablets, etc.), in personal, professional, or campaign accounts, and/or on personal, professional, or campaign applications (e.g. email accounts, contact lists, calendar entries, etc.).

### Documents That Must Be Produced

1. All documents in your possession regarding the establishment of the January 6th Select Committee ("Select Committee"), its membership, its staffing, its budget, its authority and functioning, and the authority of the Select Committee to issue subpoenas.

2. All documents in your possession regarding Mr. Bannon's appearance as a witness and/or production of documents.

3. All documents in your possession regarding the issuance of a subpoena to Mr. Bannon.

4. All documents in your possession regarding President Donald J. Trump's assertion of executive privilege in response to any request of the Select Committee.

5. All drafts in your possession of the October 8, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

6. All documents and information in your possession regarding attendance on October 14, 2021, by Select Committee members and staff at the hearing room designated for the appearance of Mr. Bannon.

7.  All drafts in your possession of the October 15, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

8.  All documents in your possession regarding what constitutes a default by a witness in response to a Select Committee subpoena, and/or what does not constitute a default by a witness in response to a Select Committee subpoena.

9.  Any private or public statement(s) by you and/or in your possession regarding Mr. Bannon's interaction with the Select Committee.

10. All documents in your possession regarding the factors to be considered in determining whether to bring a civil or criminal action or other sanction for an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

11. All documents in your possession pertaining to the consideration of whether to pursue a civil enforcement proceeding with respect to Mr. Bannon's subpoena and the invocation of executive privilege.

12. All documents in your possession regarding the applicability of the advice of counsel defense to an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

13. All documents in your possession that reference making an example of Mr. Bannon, punishing him, hoping to influence or affect the conduct of other potential witnesses before the Select Committee, or words or similar meaning and effect.

14. All documents in your possession which tend to show the bias of any Select Committee member or staff (including animosity toward Mr. Bannon, or animosity toward a group with which Mr. Bannon is affiliated).

15. All documents in your possession which tend to show a conflict of interest involving any Select Committee member or staff (including but not limited to documents that pertain to payments for a book that was written by and/or promoted by any Select Committee member or staff from January 6, 2021, up until the present date).

16. All documents in your possession pertaining to the decision to seek to file an amicus brief on behalf of the U.S. House of Representatives in this criminal case, and it contents.

17. All documents in your possession reflecting any efforts by the Select Committee to work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

18. All documents in your possession pertaining to the Select Committee's decision to deviate from precedent and not work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

19. All drafts in your possession of the October 19, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel to Mr. Bannon.

20. All documents in your possession pertaining to the Select Committee's decision, as memorialized in the Select Committee Chair's October 19, 2021, letter to Mr. Costello, to not grant Mr. Bannon a one-week adjournment to assess the impact of the *Donald J. Trump v. Bennie Thompson, et al.*, 21-cv-02769 (D.D.C. 2021) lawsuit.

# Exhibit J

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Stephen K. Bannon | ) | Case No.  21-cr-670 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    Representative Elaine Luria (VA)
       Member, January 6th Select Committee
       United States House of Representatives


        **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown
below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer
allows you to leave.

| Place of Appearance: | United States District Court for the District of Columbia | Courtroom No.: | 19 |
|---|---|---|---|
| | | Date and Time: | 07/18/2022 9:00 am |

        You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

See Schedule A (attached).


        *(SEAL)*


Date:    06/07/2022

                                        *CLERK OF COURT*

                                        _____
                                        *Signature of Clerk or Deputy Clerk*


The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     Stephen K. Bannon
_____ , who requests this subpoena, are:

M. Evan Corcoran (D.C. Bar No. 440027)          David I. Schoen (D.C. Bar No. 391408)
400 E. Pratt St., Suite 900, Baltimore, MD 21202    2800 Zelda Rd., Suite 100-6, Montgomery, AL 36106
Telephone: (410) 385-2225                       Telephone: (334) 395-6611
Email: ecorcoran@silvermanthompson.com          Email: schoenlawfirm@gmail.com

Robert J. Costello (Pro Hac Vic Pending)
605 Third Ave., New York, NY 10158
Telephone: (212) 557-7200
Email: rjc@dhclegal.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   21-cr-670

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Rep. Elaine Luria (VA), Member, Jan. 6th Select Comm.

was received by me on *(date)*   06/02/2022   .

☑ I served the subpoena by delivering a copy to the named person as follows:   Sent via electronic means and

accepted on behalf of named individual by authorized representative Douglas Letter, Esq., General Counsel,

U.S. House of Representatives.   on *(date)*   06/03/2022   ; or

☐ I returned the subpoena unexecuted because:

.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   .

My fees are $   for travel and $   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   06/10/2022

/s/ Robert J. Costello

*Server's signature*

Robert J. Costello, Esq., Attorney for Stephen K. Bannon

*Printed name and title*

605 Third Avenue
New York, New York 10158

*Server's address*

Additional information regarding attempted service, etc:

## SCHEDULE A

**YOU ARE COMMANDED**, pursuant to this **SUBPOENA TO TESTIFY AT TRIAL IN A CRIMINAL CASE**, to bring with you documents and electronically stored information that pertain to your appearance as a witness in this matter, described in detail below. Please provide the documents in electronic format to dcaimona@silvermanthompson.com at any time prior to **July 14, 2022**, or, in the alternative, please bring the documents with you to the Pretrial Conference scheduled in this matter for **July 14, 2022, at 9:00 A.M.**

The **COMMAND** for production is limited to documents created or received on or after **January 6, 2021**, up to the present date.

The term "**document**" – used in the numbered paragraphs below – means any written, recorded, or graphic matter of any nature whatsoever, regardless of classification level, how recorded, or how stored/displayed (e.g. on a social media platform) and whether original or copy, including, but not limited to, the following: memoranda, reports, expense reports, books, manuals, instructions, financial reports, data, working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospectuses, communications, electronic mail (email), contracts, cables, notations of any type of conversation, telephone call, meeting or other inter-office or intra-office communication, bulletins, printed matter, computer printouts, computer or mobile device screenshots/screen captures, teletypes, invoices, transcripts, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, and work sheets (and all drafts, preliminary versions, alterations, modifications, revisions, changes, and amendments of any of the foregoing, as well as any attachments or appendices thereto), and

graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recording and motion pictures), and electronic, mechanical, and electric records or representations of any kind (including, without limitation, tapes, cassettes, disks, and recordings) and other written, printed, typed, or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, film, tape, disk, videotape, or otherwise. A document bearing any notation not a part of the original text is to be considered a separate document. A draft or non-identical copy is a separate document within the meaning of this term.

The phrase "**in your possession**" – used in the numbered paragraphs below – means all documents in your custody, and control — including any documents or communications stored or located on personal devices (e.g., personal computers, cellular phones, tablets, etc.), in personal, professional, or campaign accounts, and/or on personal, professional, or campaign applications (e.g. email accounts, contact lists, calendar entries, etc.).

### Documents That Must Be Produced

1. All documents in your possession regarding the establishment of the January 6th Select Committee ("Select Committee"), its membership, its staffing, its budget, its authority and functioning, and the authority of the Select Committee to issue subpoenas.

2. All documents in your possession regarding Mr. Bannon's appearance as a witness and/or production of documents.

3. All documents in your possession regarding the issuance of a subpoena to Mr. Bannon.

4. All documents in your possession regarding President Donald J. Trump's assertion of executive privilege in response to any request of the Select Committee.

5. All drafts in your possession of the October 8, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

6. All documents and information in your possession regarding attendance on October 14, 2021, by Select Committee members and staff at the hearing room designated for the appearance of Mr. Bannon.

7. All drafts in your possession of the October 15, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

8. All documents in your possession regarding what constitutes a default by a witness in response to a Select Committee subpoena, and/or what does not constitute a default by a witness in response to a Select Committee subpoena.

9. Any private or public statement(s) by you and/or in your possession regarding Mr. Bannon's interaction with the Select Committee.

10. All documents in your possession regarding the factors to be considered in determining whether to bring a civil or criminal action or other sanction for an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

11. All documents in your possession pertaining to the consideration of whether to pursue a civil enforcement proceeding with respect to Mr. Bannon's subpoena and the invocation of executive privilege.

12. All documents in your possession regarding the applicability of the advice of counsel defense to an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

13. All documents in your possession that reference making an example of Mr. Bannon, punishing him, hoping to influence or affect the conduct of other potential witnesses before the Select Committee, or words or similar meaning and effect.

14. All documents in your possession which tend to show the bias of any Select Committee member or staff (including animosity toward Mr. Bannon, or animosity toward a group with which Mr. Bannon is affiliated).

15. All documents in your possession which tend to show a conflict of interest involving any Select Committee member or staff (including but not limited to documents that pertain to payments for a book that was written by and/or promoted by any Select Committee member or staff from January 6, 2021, up until the present date).

16. All documents in your possession pertaining to the decision to seek to file an amicus brief on behalf of the U.S. House of Representatives in this criminal case, and it contents.

17. All documents in your possession reflecting any efforts by the Select Committee to work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

18. All documents in your possession pertaining to the Select Committee's decision to deviate from precedent and not work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

19. All drafts in your possession of the October 19, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel to Mr. Bannon.

20. All documents in your possession pertaining to the Select Committee's decision, as memorialized in the Select Committee Chair's October 19, 2021, letter to Mr. Costello, to not grant Mr. Bannon a one-week adjournment to assess the impact of the *Donald J. Trump v. Bennie Thompson, et al.*, 21-cv-02769 (D.D.C. 2021) lawsuit.

# Exhibit K

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Stephen K. Bannon | ) | Case No.  21-cr-670 |
| _____ | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Representative Stephanie Murphy (FL)
       Member, January 6th Select Committee
       United States House of Representatives

        **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court for the District of Columbia | Courtroom No.: | 19 |
|---|---|---|---|
| | | Date and Time: | 07/18/2022 9:00 am |

        You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

See Schedule A (attached).

        *(SEAL)*

Date:      06/07/2022
       _____

                                        *CLERK OF COURT*

                                        _____
                                                *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Stephen K. Bannon
_____ , who requests this subpoena, are:

M. Evan Corcoran (D.C. Bar No. 440027)          David I. Schoen (D.C. Bar No. 391408)
400 E. Pratt St., Suite 900, Baltimore, MD 21202    2800 Zelda Rd., Suite 100-6, Montgomery, AL 36106
Telephone: (410) 385-2225                       Telephone: (334) 395-6611
Email: ecorcoran@silvermanthompson.com          Email: schoenlawfirm@gmail.com

Robert J. Costello (Pro Hac Vic Pending)
605 Third Ave., New York, NY 10158
Telephone: (212) 557-7200
Email: rjc@dhclegal.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   21-cr-670

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Rep. Stephanie Murphy (FL), Member, Jan. 6th Comm.

was received by me on *(date)*   06/02/2022   .

☑ I served the subpoena by delivering a copy to the named person as follows:   Sent via electronic means and

accepted on behalf of named individual by authorized representative Douglas Letter, Esq., General Counsel,

U.S. House of Representatives.   on *(date)*   06/03/2022   ; or

☐ I returned the subpoena unexecuted because:

.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $                for travel and $                for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   06/10/2022                                      /s/ Robert J. Costello
                                                                    *Server's signature*

                                              Robert J. Costello, Esq., Attorney for Stephen K. Bannon
                                                                    *Printed name and title*

                                                                    605 Third Avenue
                                                                    New York, New York 10158

                                                                    *Server's address*

Additional information regarding attempted service, etc:

## SCHEDULE A

**YOU ARE COMMANDED**, pursuant to this **SUBPOENA TO TESTIFY AT TRIAL IN A CRIMINAL CASE**, to bring with you documents and electronically stored information that pertain to your appearance as a witness in this matter, described in detail below. Please provide the documents in electronic format to dcaimona@silvermanthompson.com at any time prior to **July 14, 2022**, or, in the alternative, please bring the documents with you to the Pretrial Conference scheduled in this matter for **July 14, 2022, at 9:00 A.M.**

The **COMMAND** for production is limited to documents created or received on or after **January 6, 2021**, up to the present date.

The term "**document**" –  used in the numbered paragraphs below – means any written, recorded, or graphic matter of any nature whatsoever, regardless of classification level, how recorded, or how stored/displayed (e.g. on a social media platform) and whether original or copy, including, but not limited to, the following: memoranda, reports, expense reports, books, manuals, instructions, financial reports, data, working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospectuses, communications, electronic mail (email), contracts, cables, notations of any type of conversation, telephone call, meeting or other inter-office or intra-office communication, bulletins, printed matter, computer printouts, computer or mobile device screenshots/screen captures, teletypes, invoices, transcripts, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, and work sheets (and all drafts, preliminary versions, alterations, modifications, revisions, changes, and amendments of any of the foregoing, as well as any attachments or appendices thereto), and

graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recording and motion pictures), and electronic, mechanical, and electric records or representations of any kind (including, without limitation, tapes, cassettes, disks, and recordings) and other written, printed, typed, or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, film, tape, disk, videotape, or otherwise. A document bearing any notation not a part of the original text is to be considered a separate document. A draft or non-identical copy is a separate document within the meaning of this term.

The phrase "**in your possession**" – used in the numbered paragraphs below – means all documents in your custody, and control — including any documents or communications stored or located on personal devices (e.g., personal computers, cellular phones, tablets, etc.), in personal, professional, or campaign accounts, and/or on personal, professional, or campaign applications (e.g. email accounts, contact lists, calendar entries, etc.).

### Documents That Must Be Produced

1.  All documents in your possession regarding the establishment of the January 6th Select Committee ("Select Committee"), its membership, its staffing, its budget, its authority and functioning, and the authority of the Select Committee to issue subpoenas.

2.  All documents in your possession regarding Mr. Bannon's appearance as a witness and/or production of documents.

3.  All documents in your possession regarding the issuance of a subpoena to Mr. Bannon.

4.  All documents in your possession regarding President Donald J. Trump's assertion of executive privilege in response to any request of the Select Committee.

5.  All drafts in your possession of the October 8, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

6.  All documents and information in your possession regarding attendance on October 14, 2021, by Select Committee members and staff at the hearing room designated for the appearance of Mr. Bannon.

7. All drafts in your possession of the October 15, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

8. All documents in your possession regarding what constitutes a default by a witness in response to a Select Committee subpoena, and/or what does not constitute a default by a witness in response to a Select Committee subpoena.

9. Any private or public statement(s) by you and/or in your possession regarding Mr. Bannon's interaction with the Select Committee.

10. All documents in your possession regarding the factors to be considered in determining whether to bring a civil or criminal action or other sanction for an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

11. All documents in your possession pertaining to the consideration of whether to pursue a civil enforcement proceeding with respect to Mr. Bannon's subpoena and the invocation of executive privilege.

12. All documents in your possession regarding the applicability of the advice of counsel defense to an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

13. All documents in your possession that reference making an example of Mr. Bannon, punishing him, hoping to influence or affect the conduct of other potential witnesses before the Select Committee, or words or similar meaning and effect.

14. All documents in your possession which tend to show the bias of any Select Committee member or staff (including animosity toward Mr. Bannon, or animosity toward a group with which Mr. Bannon is affiliated).

15. All documents in your possession which tend to show a conflict of interest involving any Select Committee member or staff (including but not limited to documents that pertain to payments for a book that was written by and/or promoted by any Select Committee member or staff from January 6, 2021, up until the present date).

16. All documents in your possession pertaining to the decision to seek to file an amicus brief on behalf of the U.S. House of Representatives in this criminal case, and it contents.

17. All documents in your possession reflecting any efforts by the Select Committee to work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

18. All documents in your possession pertaining to the Select Committee's decision to deviate from precedent and not work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

19. All drafts in your possession of the October 19, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel to Mr. Bannon.

20. All documents in your possession pertaining to the Select Committee's decision, as memorialized in the Select Committee Chair's October 19, 2021, letter to Mr. Costello, to not grant Mr. Bannon a one-week adjournment to assess the impact of the *Donald J. Trump v. Bennie Thompson, et al.*, 21-cv-02769 (D.D.C. 2021) lawsuit.

# Exhibit L

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Stephen K. Bannon | ) | Case No.  21-cr-670 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    Representative Nancy Pelosi (CA)
       Speaker of the House
       United States House of Representatives

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court for the District of Columbia | Courtroom No.: | 19 |
|---|---|---|---|
| | | Date and Time: | 07/18/2022 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

See Schedule A (attached).

*(SEAL)*

Date:    06/07/2022

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Stephen K. Bannon
_____ , who requests this subpoena, are:

M. Evan Corcoran (D.C. Bar No. 440027)
400 E. Pratt St., Suite 900, Baltimore, MD 21202
Telephone: (410) 385-2225
Email: ecorcoran@silvermanthompson.com

David I. Schoen (D.C. Bar No. 391408)
 2800 Zelda Rd., Suite 100-6, Montgomery, AL 36106
Telephone: (334) 395-6611
Email: schoenlawfirm@gmail.com

Robert J. Costello (Pro Hac Vic Pending)
605 Third Ave., New York, NY 10158
Telephone: (212) 557-7200
Email: rjc@dhclegal.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   21-cr-670

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Rep. Nancy Pelosi (CA), Speaker of the House

was received by me on *(date)*   06/02/2022   .

☑ I served the subpoena by delivering a copy to the named person as follows:   Sent via electronic means and

accepted on behalf of named individual by authorized representative Douglas Letter, Esq., General Counsel,

U.S. House of Representatives.                              on *(date)*   06/03/2022   ; or

☐ I returned the subpoena unexecuted because:

.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$                              .

My fees are $                     for travel and $                     for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   06/10/2022                                   /s/ Robert J. Costello
                                                  *Server's signature*

                                   Robert J. Costello, Esq., Attorney for Stephen K. Bannon
                                                  *Printed name and title*

                                                  605 Third Avenue
                                                  New York, New York 10158

                                                  *Server's address*

Additional information regarding attempted service, etc:

## SCHEDULE A

**YOU ARE COMMANDED**, pursuant to this **SUBPOENA TO TESTIFY AT TRIAL IN A CRIMINAL CASE**, to bring with you documents and electronically stored information that pertain to your appearance as a witness in this matter, described in detail below. Please provide the documents in electronic format to dcaimona@silvermanthompson.com at any time prior to **July 14, 2022**, or, in the alternative, please bring the documents with you to the Pretrial Conference scheduled in this matter for **July 14, 2022, at 9:00 A.M.**

The **COMMAND** for production is limited to documents created or received on or after **January 6, 2021**, up to the present date.

The term "**document**" – used in the numbered paragraphs below – means any written, recorded, or graphic matter of any nature whatsoever, regardless of classification level, how recorded, or how stored/displayed (e.g. on a social media platform) and whether original or copy, including, but not limited to, the following: memoranda, reports, expense reports, books, manuals, instructions, financial reports, data, working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospectuses, communications, electronic mail (email), contracts, cables, notations of any type of conversation, telephone call, meeting or other inter-office or intra-office communication, bulletins, printed matter, computer printouts, computer or mobile device screenshots/screen captures, teletypes, invoices, transcripts, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, and work sheets (and all drafts, preliminary versions, alterations, modifications, revisions, changes, and amendments of any of the foregoing, as well as any attachments or appendices thereto), and

graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recording and motion pictures), and electronic, mechanical, and electric records or representations of any kind (including, without limitation, tapes, cassettes, disks, and recordings) and other written, printed, typed, or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, film, tape, disk, videotape, or otherwise. A document bearing any notation not a part of the original text is to be considered a separate document. A draft or non-identical copy is a separate document within the meaning of this term.

The phrase "**in your possession**" – used in the numbered paragraphs below – means all documents in your custody, and control — including any documents or communications stored or located on personal devices (e.g., personal computers, cellular phones, tablets, etc.), in personal, professional, or campaign accounts, and/or on personal, professional, or campaign applications (e.g. email accounts, contact lists, calendar entries, etc.).

### Documents That Must Be Produced

1. All documents in your possession regarding the establishment of the January 6th Select Committee ("Select Committee"), its membership, its staffing, its budget, its authority and functioning, and the authority of the Select Committee to issue subpoenas.

2. All documents in your possession regarding Mr. Bannon's appearance as a witness and/or production of documents.

3. All documents in your possession regarding the issuance of a subpoena to Mr. Bannon.

4. All documents in your possession regarding President Donald J. Trump's assertion of executive privilege in response to any request of the Select Committee.

5. All drafts in your possession of the October 8, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

6. All documents and information in your possession regarding attendance on October 14, 2021, by Select Committee members and staff at the hearing room designated for the appearance of Mr. Bannon.

7.  All drafts in your possession of the October 15, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

8.  All documents in your possession regarding what constitutes a default by a witness in response to a Select Committee subpoena, and/or what does not constitute a default by a witness in response to a Select Committee subpoena.

9.  Any private or public statement(s) by you and/or in your possession regarding Mr. Bannon's interaction with the Select Committee.

10. All documents in your possession regarding the factors to be considered in determining whether to bring a civil or criminal action or other sanction for an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

11. All documents in your possession pertaining to the consideration of whether to pursue a civil enforcement proceeding with respect to Mr. Bannon's subpoena and the invocation of executive privilege.

12. All documents in your possession regarding the applicability of the advice of counsel defense to an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

13. All documents in your possession that reference making an example of Mr. Bannon, punishing him, hoping to influence or affect the conduct of other potential witnesses before the Select Committee, or words or similar meaning and effect.

14. All documents in your possession which tend to show the bias of any Select Committee member or staff (including animosity toward Mr. Bannon, or animosity toward a group with which Mr. Bannon is affiliated).

15. All documents in your possession which tend to show a conflict of interest involving any Select Committee member or staff (including but not limited to documents that pertain to payments for a book that was written by and/or promoted by any Select Committee member or staff from January 6, 2021, up until the present date).

16. All documents in your possession pertaining to the decision to seek to file an amicus brief on behalf of the U.S. House of Representatives in this criminal case, and it contents.

17. All documents in your possession reflecting any efforts by the Select Committee to work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

18. All documents in your possession pertaining to the Select Committee's decision to deviate from precedent and not work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

19. All drafts in your possession of the October 19, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel to Mr. Bannon.

20. All documents in your possession pertaining to the Select Committee's decision, as memorialized in the Select Committee Chair's October 19, 2021, letter to Mr. Costello, to not grant Mr. Bannon a one-week adjournment to assess the impact of the *Donald J. Trump v. Bennie Thompson, et al.*, 21-cv-02769 (D.D.C. 2021) lawsuit.

# Exhibit M

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Stephen K. Bannon | ) | Case No.  21-cr-670 |
| _____ | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    Representative Jamie Raskin (MD)
       Member, January 6th Select Committee
       United States House of Representatives

       **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown
below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer
allows you to leave.

| Place of Appearance: | United States District Court for the District of Columbia | Courtroom No.: | 19 |
|---|---|---|---|
| | | Date and Time: | 07/18/2022 9:00 am |

       You must also bring with you the following documents, electronically stored information, or objects *(blank if not
applicable)*:
See Schedule A (attached).

       *(SEAL)*

Date:    06/07/2022

                                                    *CLERK OF COURT*

                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Stephen K. Bannon
_____ , who requests this subpoena, are:

M. Evan Corcoran (D.C. Bar No. 440027)          David I. Schoen (D.C. Bar No. 391408)
400 E. Pratt St., Suite 900, Baltimore, MD 21202   2800 Zelda Rd., Suite 100-6, Montgomery, AL 36106
Telephone: (410) 385-2225                       Telephone: (334) 395-6611
Email: ecorcoran@silvermanthompson.com          Email: schoenlawfirm@gmail.com

Robert J. Costello (Pro Hac Vic Pending)
605 Third Ave., New York, NY 10158
Telephone: (212) 557-7200
Email: rjc@dhclegal.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   21-cr-670

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Rep. Jamie Raskin (MD), Member, Jan. 6th Select Comm.

was received by me on *(date)*   06/02/2022   .

☑ I served the subpoena by delivering a copy to the named person as follows:   Sent via electronic means and

accepted on behalf of named individual by authorized representative Douglas Letter, Esq., General Counsel,

U.S. House of Representatives.   on *(date)*   06/03/2022   ; or

☐ I returned the subpoena unexecuted because:

.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   06/10/2022

/s/ Robert J. Costello
*Server's signature*

Robert J. Costello, Esq., Attorney for Stephen K. Bannon
*Printed name and title*

605 Third Avenue
New York, New York 10158

*Server's address*

Additional information regarding attempted service, etc:

## SCHEDULE A

**YOU ARE COMMANDED**, pursuant to this **SUBPOENA TO TESTIFY AT TRIAL IN A CRIMINAL CASE**, to bring with you documents and electronically stored information that pertain to your appearance as a witness in this matter, described in detail below. Please provide the documents in electronic format to dcaimona@silvermanthompson.com at any time prior to **July 14, 2022**, or, in the alternative, please bring the documents with you to the Pretrial Conference scheduled in this matter for **July 14, 2022, at 9:00 A.M**.

The **COMMAND** for production is limited to documents created or received on or after **January 6, 2021**, up to the present date.

The term "**document**" –  used in the numbered paragraphs below – means any written, recorded, or graphic matter of any nature whatsoever, regardless of classification level, how recorded, or how stored/displayed (e.g. on a social media platform) and whether original or copy, including, but not limited to, the following: memoranda, reports, expense reports, books, manuals, instructions, financial reports, data, working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospectuses, communications, electronic mail (email), contracts, cables, notations of any type of conversation, telephone call, meeting or other inter-office or intra-office communication, bulletins, printed matter, computer printouts, computer or mobile device screenshots/screen captures, teletypes, invoices, transcripts, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, and work sheets (and all drafts, preliminary versions, alterations, modifications, revisions, changes, and amendments of any of the foregoing, as well as any attachments or appendices thereto), and

graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recording and motion pictures), and electronic, mechanical, and electric records or representations of any kind (including, without limitation, tapes, cassettes, disks, and recordings) and other written, printed, typed, or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, film, tape, disk, videotape, or otherwise. A document bearing any notation not a part of the original text is to be considered a separate document. A draft or non-identical copy is a separate document within the meaning of this term.

The phrase "**in your possession**" – used in the numbered paragraphs below – means all documents in your custody, and control — including any documents or communications stored or located on personal devices (e.g., personal computers, cellular phones, tablets, etc.), in personal, professional, or campaign accounts, and/or on personal, professional, or campaign applications (e.g. email accounts, contact lists, calendar entries, etc.).

## Documents That Must Be Produced

1. All documents in your possession regarding the establishment of the January 6th Select Committee ("Select Committee"), its membership, its staffing, its budget, its authority and functioning, and the authority of the Select Committee to issue subpoenas.

2. All documents in your possession regarding Mr. Bannon's appearance as a witness and/or production of documents.

3. All documents in your possession regarding the issuance of a subpoena to Mr. Bannon.

4. All documents in your possession regarding President Donald J. Trump's assertion of executive privilege in response to any request of the Select Committee.

5. All drafts in your possession of the October 8, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

6. All documents and information in your possession regarding attendance on October 14, 2021, by Select Committee members and staff at the hearing room designated for the appearance of Mr. Bannon.

7. All drafts in your possession of the October 15, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

8. All documents in your possession regarding what constitutes a default by a witness in response to a Select Committee subpoena, and/or what does not constitute a default by a witness in response to a Select Committee subpoena.

9. Any private or public statement(s) by you and/or in your possession regarding Mr. Bannon's interaction with the Select Committee.

10. All documents in your possession regarding the factors to be considered in determining whether to bring a civil or criminal action or other sanction for an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

11. All documents in your possession pertaining to the consideration of whether to pursue a civil enforcement proceeding with respect to Mr. Bannon's subpoena and the invocation of executive privilege.

12. All documents in your possession regarding the applicability of the advice of counsel defense to an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

13. All documents in your possession that reference making an example of Mr. Bannon, punishing him, hoping to influence or affect the conduct of other potential witnesses before the Select Committee, or words or similar meaning and effect.

14. All documents in your possession which tend to show the bias of any Select Committee member or staff (including animosity toward Mr. Bannon, or animosity toward a group with which Mr. Bannon is affiliated).

15. All documents in your possession which tend to show a conflict of interest involving any Select Committee member or staff (including but not limited to documents that pertain to payments for a book that was written by and/or promoted by any Select Committee member or staff from January 6, 2021, up until the present date).

16. All documents in your possession pertaining to the decision to seek to file an amicus brief on behalf of the U.S. House of Representatives in this criminal case, and it contents.

17. All documents in your possession reflecting any efforts by the Select Committee to work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

18. All documents in your possession pertaining to the Select Committee's decision to deviate from precedent and not work towards an accommodation with Mr. Bannon in this matter.

19. All drafts in your possession of the October 19, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel to Mr. Bannon.

20. All documents in your possession pertaining to the Select Committee's decision, as memorialized in the Select Committee Chair's October 19, 2021, letter to Mr. Costello, to not grant Mr. Bannon a one-week adjournment to assess the impact of the *Donald J. Trump v. Bennie Thompson, et al.*, 21-cv-02769 (D.D.C. 2021) lawsuit.

21. All contracts and agreements in your possession pertaining to your book, *Unthinkable: Trauma, Truth, and the Trials of American Democracy*.

# Exhibit N

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Stephen K. Bannon | ) | Case No.  21-cr-670 |
| _____ | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    Representative Adam Schiff (CA)
        Member, January 6th Select Committee
        United States House of Representatives

        **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court for the District of Columbia | Courtroom No.: | 19 |
|---|---|---|---|
| | | Date and Time: | 07/18/2022 9:00 am |

        You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

See Schedule A (attached).

*(SEAL)*

Date:    06/07/2022

                          *CLERK OF COURT*

                                     *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Stephen K. Bannon
_____ , who requests this subpoena, are:

M. Evan Corcoran (D.C. Bar No. 440027)
400 E. Pratt St., Suite 900, Baltimore, MD 21202
Telephone: (410) 385-2225
Email: ecorcoran@silvermanthompson.com

David I. Schoen (D.C. Bar No. 391408)
2800 Zelda Rd., Suite 100-6, Montgomery, AL 36106
Telephone: (334) 395-6611
Email: schoenlawfirm@gmail.com

Robert J. Costello (Pro Hac Vic Pending)
605 Third Ave., New York, NY 10158
Telephone: (212) 557-7200
Email: rjc@dhclegal.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   21-cr-670

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Rep. Adam Schiff (CA), Member, Jan. 6th Select Comm.

was received by me on *(date)*   06/02/2022   .

☑ I served the subpoena by delivering a copy to the named person as follows:   Sent via electronic means and

accepted on behalf of named individual by authorized representative Douglas Letter, Esq., General Counsel,

U.S. House of Representatives.                              on *(date)*   06/03/2022   ; or

☐ I returned the subpoena unexecuted because:

                                                                                                              .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$                              .

My fees are $                        for travel and $                          for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   06/10/2022                                   /s/ Robert J. Costello
                                                          *Server's signature*

                                       Robert J. Costello, Esq., Attorney for Stephen K. Bannon
                                                          *Printed name and title*

                                                      605 Third Avenue
                                                      New York, New York 10158

                                                          *Server's address*

Additional information regarding attempted service, etc:

## SCHEDULE A

**YOU ARE COMMANDED**, pursuant to this **SUBPOENA TO TESTIFY AT TRIAL IN A CRIMINAL CASE**, to bring with you documents and electronically stored information that pertain to your appearance as a witness in this matter, described in detail below. Please provide the documents in electronic format to dcaimona@silvermanthompson.com at any time prior to **July 14, 2022**, or, in the alternative, please bring the documents with you to the Pretrial Conference scheduled in this matter for **July 14, 2022, at 9:00 A.M**.

The **COMMAND** for production is limited to documents created or received on or after **January 6, 2021**, up to the present date.

The term "**document**" – used in the numbered paragraphs below – means any written, recorded, or graphic matter of any nature whatsoever, regardless of classification level, how recorded, or how stored/displayed (e.g. on a social media platform) and whether original or copy, including, but not limited to, the following: memoranda, reports, expense reports, books, manuals, instructions, financial reports, data, working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospectuses, communications, electronic mail (email), contracts, cables, notations of any type of conversation, telephone call, meeting or other inter-office or intra-office communication, bulletins, printed matter, computer printouts, computer or mobile device screenshots/screen captures, teletypes, invoices, transcripts, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, and work sheets (and all drafts, preliminary versions, alterations, modifications, revisions, changes, and amendments of any of the foregoing, as well as any attachments or appendices thereto), and

graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recording and motion pictures), and electronic, mechanical, and electric records or representations of any kind (including, without limitation, tapes, cassettes, disks, and recordings) and other written, printed, typed, or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, film, tape, disk, videotape, or otherwise. A document bearing any notation not a part of the original text is to be considered a separate document. A draft or non-identical copy is a separate document within the meaning of this term.

The phrase "**in your possession**" – used in the numbered paragraphs below – means all documents in your custody, and control — including any documents or communications stored or located on personal devices (e.g., personal computers, cellular phones, tablets, etc.), in personal, professional, or campaign accounts, and/or on personal, professional, or campaign applications (e.g. email accounts, contact lists, calendar entries, etc.).

### Documents That Must Be Produced

1. All documents in your possession regarding the establishment of the January 6th Select Committee ("Select Committee"), its membership, its staffing, its budget, its authority and functioning, and the authority of the Select Committee to issue subpoenas.

2. All documents in your possession regarding Mr. Bannon's appearance as a witness and/or production of documents.

3. All documents in your possession regarding the issuance of a subpoena to Mr. Bannon.

4. All documents in your possession regarding President Donald J. Trump's assertion of executive privilege in response to any request of the Select Committee.

5. All drafts in your possession of the October 8, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

6. All documents and information in your possession regarding attendance on October 14, 2021, by Select Committee members and staff at the hearing room designated for the appearance of Mr. Bannon.

7. All drafts in your possession of the October 15, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

8. All documents in your possession regarding what constitutes a default by a witness in response to a Select Committee subpoena, and/or what does not constitute a default by a witness in response to a Select Committee subpoena.

9. Any private or public statement(s) by you and/or in your possession regarding Mr. Bannon's interaction with the Select Committee.

10. All documents in your possession regarding the factors to be considered in determining whether to bring a civil or criminal action or other sanction for an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

11. All documents in your possession pertaining to the consideration of whether to pursue a civil enforcement proceeding with respect to Mr. Bannon's subpoena and the invocation of executive privilege.

12. All documents in your possession regarding the applicability of the advice of counsel defense to an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

13. All documents in your possession that reference making an example of Mr. Bannon, punishing him, hoping to influence or affect the conduct of other potential witnesses before the Select Committee, or words or similar meaning and effect.

14. All documents in your possession which tend to show the bias of any Select Committee member or staff (including animosity toward Mr. Bannon, or animosity toward a group with which Mr. Bannon is affiliated).

15. All documents in your possession which tend to show a conflict of interest involving any Select Committee member or staff (including but not limited to documents that pertain to payments for a book that was written by and/or promoted by any Select Committee member or staff from January 6, 2021, up until the present date).

16. All documents in your possession pertaining to the decision to seek to file an amicus brief on behalf of the U.S. House of Representatives in this criminal case, and it contents.

17. All documents in your possession reflecting any efforts by the Select Committee to work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

18. All documents in your possession pertaining to the Select Committee's decision to deviate from precedent and not work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

19. All drafts in your possession of the October 19, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel to Mr. Bannon.

20. All documents in your possession pertaining to the Select Committee's decision, as memorialized in the Select Committee Chair's October 19, 2021, letter to Mr. Costello, to not grant Mr. Bannon a one-week adjournment to assess the impact of the *Donald J. Trump v. Bennie Thompson, et al.*, 21-cv-02769 (D.D.C. 2021) lawsuit.

21. All contracts and agreements in your possession pertaining to your book, *Midnight in Washington: How We Almost Lost Our Democracy and Still Could*.

# Exhibit O

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Stephen K. Bannon | ) | Case No.   21-cr-670 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Representative Bennie Thompson (MS)
Chairman, January 6th Select Committee
United States House of Representatives

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court for the District of Columbia | Courtroom No.: | 19 |
|---|---|---|---|
| | | Date and Time: | 07/18/2022 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

See Schedule A (attached).

*(SEAL)*

Date:   06/07/2022

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Stephen K. Bannon
_____ , who requests this subpoena, are:

M. Evan Corcoran (D.C. Bar No. 440027)
400 E. Pratt St., Suite 900, Baltimore, MD 21202
Telephone: (410) 385-2225
Email: ecorcoran@silvermanthompson.com

David I. Schoen (D.C. Bar No. 391408)
 2800 Zelda Rd., Suite 100-6, Montgomery, AL 36106
Telephone: (334) 395-6611
Email: schoenlawfirm@gmail.com

Robert J. Costello (Pro Hac Vic Pending)
605 Third Ave., New York, NY 10158
Telephone: (212) 557-7200
Email: rjc@dhclegal.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   21-cr-670

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Rep. Bennie Thompson (MS), Chairman, Jan. 6th Comm.

was received by me on *(date)*   06/02/2022   .

☑ I served the subpoena by delivering a copy to the named person as follows:   Sent via electronic means and

accepted on behalf of named individual by authorized representative Douglas Letter, Esq., General Counsel,

U.S. House of Representatives.   on *(date)*   06/03/2022   ; or

☐ I returned the subpoena unexecuted because:

.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   .

My fees are $   for travel and $   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   06/10/2022

/s/ Robert J. Costello
*Server's signature*

Robert J. Costello, Esq., Attorney for Stephen K. Bannon
*Printed name and title*

605 Third Avenue
New York, New York 10158

*Server's address*

Additional information regarding attempted service, etc:

## SCHEDULE A

**YOU ARE COMMANDED**, pursuant to this **SUBPOENA TO TESTIFY AT TRIAL IN A CRIMINAL CASE**, to bring with you documents and electronically stored information that pertain to your appearance as a witness in this matter, described in detail below. Please provide the documents in electronic format to dcaimona@silvermanthompson.com at any time prior to **July 14, 2022**, or, in the alternative, please bring the documents with you to the Pretrial Conference scheduled in this matter for **July 14, 2022, at 9:00 A.M**.

The **COMMAND** for production is limited to documents created or received on or after **January 6, 2021**, up to the present date.

The term "**document**" –  used in the numbered paragraphs below – means any written, recorded, or graphic matter of any nature whatsoever, regardless of classification level, how recorded, or how stored/displayed (e.g. on a social media platform) and whether original or copy, including, but not limited to, the following: memoranda, reports, expense reports, books, manuals, instructions, financial reports, data, working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospectuses, communications, electronic mail (email), contracts, cables, notations of any type of conversation, telephone call, meeting or other inter-office or intra-office communication, bulletins, printed matter, computer printouts, computer or mobile device screenshots/screen captures, teletypes, invoices, transcripts, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, and work sheets (and all drafts, preliminary versions, alterations, modifications, revisions, changes, and amendments of any of the foregoing, as well as any attachments or appendices thereto), and

graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recording and motion pictures), and electronic, mechanical, and electric records or representations of any kind (including, without limitation, tapes, cassettes, disks, and recordings) and other written, printed, typed, or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, film, tape, disk, videotape, or otherwise. A document bearing any notation not a part of the original text is to be considered a separate document. A draft or non-identical copy is a separate document within the meaning of this term.

The phrase "**in your possession**" – used in the numbered paragraphs below – means all documents in your custody, and control — including any documents or communications stored or located on personal devices (e.g., personal computers, cellular phones, tablets, etc.), in personal, professional, or campaign accounts, and/or on personal, professional, or campaign applications (e.g. email accounts, contact lists, calendar entries, etc.).

### Documents That Must Be Produced

1. All documents in your possession regarding the establishment of the January 6th Select Committee ("Select Committee"), its membership, its staffing, its budget, its authority and functioning, and the authority of the Select Committee to issue subpoenas.

2. All documents in your possession regarding Mr. Bannon's appearance as a witness and/or production of documents.

3. All documents in your possession regarding the issuance of a subpoena to Mr. Bannon.

4. All documents in your possession regarding President Donald J. Trump's assertion of executive privilege in response to any request of the Select Committee.

5. All drafts in your possession of the October 8, 2021, letter from you to Robert J. Costello, Esquire, counsel for Mr. Bannon.

6. All documents and information in your possession regarding attendance on October 14, 2021, by Select Committee members and staff at the hearing room designated for the appearance of Mr. Bannon.

7.  All drafts in your possession of the October 15, 2021, letter from you to Robert J. Costello, Esquire, counsel for Mr. Bannon.

8.  All documents in your possession regarding what constitutes a default by a witness in response to a Select Committee subpoena, and/or what does not constitute a default by a witness in response to a Select Committee subpoena.

9.  Any private or public statement(s) by you and/or in your possession regarding Mr. Bannon's interaction with the Select Committee.

10. All documents in your possession regarding the factors to be considered in determining whether to bring a civil or criminal action or other sanction for an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

11. All documents in your possession pertaining to the consideration of whether to pursue a civil enforcement proceeding with respect to Mr. Bannon's subpoena and the invocation of executive privilege.

12. All documents in your possession regarding the applicability of the advice of counsel defense to an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

13. All documents in your possession that reference making an example of Mr. Bannon, punishing him, hoping to influence or affect the conduct of other potential witnesses before the Select Committee, or words or similar meaning and effect.

14. All documents in your possession which tend to show the bias of any Select Committee member or staff (including animosity toward Mr. Bannon, or animosity toward a group with which Mr. Bannon is affiliated).

15. All documents in your possession which tend to show a conflict of interest involving any Select Committee member or staff (including but not limited to documents that pertain to payments for a book that was written by and/or promoted by any Select Committee member or staff from January 6, 2021, up until the present date).

16. All documents in your possession pertaining to the decision to seek to file an amicus brief on behalf of the U.S. House of Representatives in this criminal case, and it contents.

17. All documents in your possession reflecting any efforts by the Select Committee to work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

18. All documents in your possession pertaining to the Select Committee's decision to deviate from precedent and not work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

19. All drafts in your possession of the October 19, 2021, letter from you to Robert J. Costello, Esquire, counsel to Mr. Bannon.

20. All documents in your possession pertaining to the Select Committee's decision, as memorialized in your October 19, 2021, letter to Mr. Costello, to not grant Mr. Bannon a one-week adjournment to assess the impact of the *Donald J. Trump v. Bennie Thompson, et al.*, 21-cv-02769 (D.D.C. 2021) lawsuit.

21. All documents in your possession which support the allegations made in your Complaint in *Hon. Bennie G. Thompson, et al. v. Donald J. Trump, et al.*, 1:21-cv-0400-APM (D.D.C. 2021).

# Exhibit P

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Stephen K. Bannon | ) | Case No.  21-cr-670 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Sean Tonolli, Esq.
       Senior Investigative Counsel, January 6th Select Committee
       United States House of Representatives

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court for the District of Columbia | Courtroom No.: | 19 |
|---|---|---|---|
| | | Date and Time: | 07/18/2022 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
See Schedule A (attached).

*(SEAL)*

Date:   06/07/2022

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Stephen K. Bannon
_____ , who requests this subpoena, are:

M. Evan Corcoran (D.C. Bar No. 440027)
400 E. Pratt St., Suite 900, Baltimore, MD 21202
Telephone: (410) 385-2225
Email: ecorcoran@silvermanthompson.com

David I. Schoen (D.C. Bar No. 391408)
 2800 Zelda Rd., Suite 100-6, Montgomery, AL 36106
Telephone: (334) 395-6611
Email: schoenlawfirm@gmail.com

Robert J. Costello (Pro Hac Vic Pending)
605 Third Ave., New York, NY 10158
Telephone: (212) 557-7200
Email: rjc@dhclegal.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   21-cr-670

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Sean Tonolli, Esq.

was received by me on *(date)*   06/02/2022   .

☑ I served the subpoena by delivering a copy to the named person as follows:   Sent via electronic means and

accepted on behalf of named individual by authorized representative Douglas Letter, Esq., General Counsel,

U.S. House of Representatives.                           on *(date)*   06/03/2022   ; or

☐ I returned the subpoena unexecuted because:

.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$                          .

My fees are $                    for travel and $                    for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date:   06/10/2022                                      /s/ Robert J. Costello
                                                     *Server's signature*

                                        Robert J. Costello, Esq., Attorney for Stephen K. Bannon
                                                     *Printed name and title*

                                                     605 Third Avenue
                                                     New York, New York 10158

                                                     *Server's address*


Additional information regarding attempted service, etc:

## SCHEDULE A

**YOU ARE COMMANDED**, pursuant to this **SUBPOENA TO TESTIFY AT TRIAL IN A CRIMINAL CASE**, to bring with you documents and electronically stored information that pertain to your appearance as a witness in this matter, described in detail below. Please provide the documents in electronic format to dcaimona@silvermanthompson.com at any time prior to **July 14, 2022**, or, in the alternative, please bring the documents with you to the Pretrial Conference scheduled in this matter for **July 14, 2022, at 9:00 A.M.**

The **COMMAND** for production is limited to documents created or received on or after **January 6, 2021**, up to the present date.

The term "**document**" –  used in the numbered paragraphs below – means any written, recorded, or graphic matter of any nature whatsoever, regardless of classification level, how recorded, or how stored/displayed (e.g. on a social media platform) and whether original or copy, including, but not limited to, the following: memoranda, reports, expense reports, books, manuals, instructions, financial reports, data, working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospectuses, communications, electronic mail (email), contracts, cables, notations of any type of conversation, telephone call, meeting or other inter-office or intra-office communication, bulletins, printed matter, computer printouts, computer or mobile device screenshots/screen captures, teletypes, invoices, transcripts, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, and work sheets (and all drafts, preliminary versions, alterations, modifications, revisions, changes, and amendments of any of the foregoing, as well as any attachments or appendices thereto), and

graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recording and motion pictures), and electronic, mechanical, and electric records or representations of any kind (including, without limitation, tapes, cassettes, disks, and recordings) and other written, printed, typed, or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, film, tape, disk, videotape, or otherwise. A document bearing any notation not a part of the original text is to be considered a separate document. A draft or non-identical copy is a separate document within the meaning of this term.

The phrase "**in your possession**" – used in the numbered paragraphs below – means all documents in your custody, and control — including any documents or communications stored or located on personal devices (e.g., personal computers, cellular phones, tablets, etc.), in personal, professional, or campaign accounts, and/or on personal, professional, or campaign applications (e.g. email accounts, contact lists, calendar entries, etc.).

### Documents That Must Be Produced

1. All documents in your possession regarding the establishment of the January 6th Select Committee ("Select Committee"), its membership, its staffing, its budget, its authority and functioning, and the authority of the Select Committee to issue subpoenas.

2. All documents in your possession regarding Mr. Bannon's appearance as a witness and/or production of documents.

3. All documents in your possession regarding the issuance of a subpoena to Mr. Bannon.

4. All documents in your possession regarding President Donald J. Trump's assertion of executive privilege in response to any request of the Select Committee.

5. All drafts in your possession of the October 8, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

6. All documents and information in your possession regarding attendance on October 14, 2021, by Select Committee members and staff at the hearing room designated for the appearance of Mr. Bannon.

7. All drafts in your possession of the October 15, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel for Mr. Bannon.

8. All documents in your possession regarding what constitutes a default by a witness in response to a Select Committee subpoena, and/or what does not constitute a default by a witness in response to a Select Committee subpoena.

9. Any private or public statement(s) by you and/or in your possession regarding Mr. Bannon's interaction with the Select Committee.

10. All documents in your possession regarding the factors to be considered in determining whether to bring a civil or criminal action or other sanction for an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

11. All documents in your possession pertaining to the consideration of whether to pursue a civil enforcement proceeding with respect to Mr. Bannon's subpoena and the invocation of executive privilege.

12. All documents in your possession regarding the applicability of the advice of counsel defense to an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

13. All documents in your possession that reference making an example of Mr. Bannon, punishing him, hoping to influence or affect the conduct of other potential witnesses before the Select Committee, or words or similar meaning and effect.

14. All documents in your possession which tend to show the bias of any Select Committee member or staff (including animosity toward Mr. Bannon, or animosity toward a group with which Mr. Bannon is affiliated).

15. All documents in your possession which tend to show a conflict of interest involving any Select Committee member or staff (including but not limited to documents that pertain to payments for a book that was written by and/or promoted by any Select Committee member or staff from January 6, 2021, up until the present date).

16. All documents in your possession pertaining to the decision to seek to file an amicus brief on behalf of the U.S. House of Representatives in this criminal case, and it contents.

17. All documents in your possession reflecting any efforts by the Select Committee to work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

18. All documents in your possession pertaining to the Select Committee's decision to deviate from precedent and not work towards an accommodation with respect to Mr. Bannon's subpoena in this matter.

19. All drafts in your possession of the October 19, 2021, letter from the Select Committee Chair to Robert J. Costello, Esquire, counsel to Mr. Bannon.

20. All documents in your possession pertaining to the Select Committee's decision, as memorialized in the Select Committee Chair's October 19, 2021, letter to Mr. Costello, to not grant Mr. Bannon a one-week adjournment to assess the impact of the *Donald J. Trump v. Bennie Thompson, et al.*, 21-cv-02769 (D.D.C. 2021) lawsuit.

# Exhibit Q

**UNITED STATES DISTRICT COURT**      **P SEND**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No.: CV 01-08477 MMM (RCx)              Date: March 28, 2002

Title:  *Cano, et al. v. Davis, et al.*

---

**DOCKET ENTRY**

---

**PRESENT:**

**HONORABLE STEPHEN REINHARDT, UNITED STATES CIRCUIT JUDGE;**
**HONORABLE CHRISTINA SNYDER, UNITED STATES DISTRICT JUDGE;**
**HONORABLE MARGARET M. MORROW, UNITED STATES DISTRICT JUDGE**

|  |  |
|---|---|
| **Anel Huerta** | **N/A** |
| **Deputy Clerk** | **Court Reporter** |

| **Attorneys Present for Plaintiff(s):** | **Attorneys Present for Defendant(s):** |
|---|---|
| None | None |

**PROCEEDINGS:**    Order Granting Motions To Quash Subpoenas Ad Testificandum And Duces Tecum Served On Congressmen Berman, Filner, And Sherman

Pursuant to the stipulation of counsel, Local Rule 7-15 and Rule 78 of the Federal Rules of Civil Procedure, the court vacated the March 26, 2002 hearing on the motions of Congress Members Howard Berman, Brad Sherman and Bob Filner to quash the subpoenas ad testificandum and duces tecum served on them by plaintiffs, and found the matter suitable for decision without oral argument.  Having considered the briefs submitted by counsel, the court grants the motions as set forth below.

On February 13, 2002, plaintiffs served a staff member in Congress Member Sherman's Woodland Hills office with subpoenas compelling him to appear for deposition and produce documents.[1]  The subpoena ad testificandum noticed Sherman's deposition in Los Angeles on March 14, 2002, when Sherman was scheduled to be in Washington D.C.[2]  The subpoena duces tecum required production by Sherman, his agents and staff of a broad range of documents

---

[1] See Memorandum of Law In Support of motion to Quash Third Party Subpoenas to Congressman Brad Sherman ("Sherman Mot.") at 3:16-19.

[2] See *id.* at 4:34; Ex. A.                    APR - 4 2002

regarding the 2000-2001 redistricting process.[3]   On February 14, 2002, plaintiffs served subpoenas on Congress Member Berman's District Office in Mission Hills.   While plaintiffs notified the parties that they planned to serve subpoenas on Congress Member Filner, such service has not been effected to date.[4]

"Exceptional circumstances" are necessary to compel discovery from high ranking government officials. See *In re United States (Kessler)*, 985 F.2d 510, 512 (11th Cir. 1993) (per curiam) (holding that high ranking government officials ". . .'should not, absent extraordinary circumstances, be called to testify regarding their reasons for taking official actions.'. . . [They] have greater duties and time constraints than other witnesses . . . ," quoting *Simplex Time Recorder Co. v. Secretary of Labor*, 766 F.2d 575, 586 (D.C. Cir. 1985)). See also *In re FDIC*, 58 F.3d 1055, 1060 (5th Cir. 1995) (affirming "a settled rule . . . that 'exceptional circumstances must exist before the involuntary depositions of high agency officials are permitted,'" quoting *In re Officer of Inspector General,* 933 F.2d 276, 278 (5th Cir. 1991)); *Kyle Engineering Company v. Kleppe*, 600 F.2d 226, 231 (9th Cir. 1979) ("Heads of government agencies are not normally subject to deposition").

Courts have articulated a variety of factors relevant in assessing whether exceptional circumstances are present. Among the factors courts examine is whether the high ranking official "possess information essential to [the] case which is not obtainable from another source . . . ." *In re United States (Reno)*, 197 F.3d 310, 314 (8th Cir. 1999) (citing *In re FDIC*, *supra*, 58 F.3d at 1062). The Eighth Circuit, in fact, has gone so far as to state that the party seeking discovery must "show an entitlement to the relief sought in the case." *In re United States (Reno)*, *supra*, 197 F.3d at 314. See also *In re FDIC*, *supra*, 58 F.3d at 1062 (denying defendants the right to depose high ranking officials of the FDIC after the agency brought a declaratory relief action because there was not "a strong showing of bad faith or improper behavior" in the record, "notwithstanding Pacific Union's allegations of misconduct (including conspiracy and cover-up) and assertions of gross abuse of power by government agencies and officials").

Plaintiffs assert that the Congress Members possess evidence relevant to the California Legislature's intent in enacting the redistricting plan, and that such evidence is relevant both to their Fourteenth Amendment and Voting Rights Act claims. It is clear, however, that with respect to both species of claim, plaintiffs must, in addition to proving intent, also prove that the Legislature's redistricting plan had a discriminatory effect on Latino voters. See, e.g., *Voinovich v. Quilter*, 507 U.S. 146, 155 (1993) ("Only if the apportionment scheme has the effect of denying a protected class the equal opportunity to elect its candidate of choice does it violate § 2; where such an effect has not been demonstrated, § 2 simply does not speak to the matter"); *Davis*

---

[3]See *id.* at 4:5-8; Ex. B.

[4]See Memorandum in Support of Motion of Congressmen Filner and Berman to Quash Subpoenas ("Berman/Filner Mot.") at 5:14-24. Neither the Berman nor the Sherman subpoena was properly served as required by Rule 45 of the Federal Rules of Civil Procedure.

*v. Bandemer*, 478 U.S. 109, 127 (1986) (to prevail on Fourteenth Amendment vote dilution claim, plaintiffs must prove intentional discrimination against an identifiable political group; and an actual discriminatory effect on that group); *Garza v. County of Los Angeles*, 918 F.2d 763, 771 (9th Cir. 1990) ("Even where there has been a showing of intentional discrimination, plaintiffs must show that they have been injured as a result").

The Senate defendants have filed motions for summary judgment asserting that plaintiffs cannot raise a triable issue of fact regarding the discriminatory effect of the redistricting plan in the challenged State Senate and Congressional districts. Defendants' motions also challenge, *inter alia*, the legal merit of plaintiffs' claim under *Shaw v. Reno*, 509 U.S. 630 (1993). The Congress Members argue that, until these motions are decided, and it is determined both that plaintiffs have adduced sufficient evidence of discriminatory effect to move beyond summary judgment, and that plaintiffs' *Shaw* claim is legally tenable,[5] they cannot demonstrate that the Congress Members' deposition testimony is "essential" to their case. They argue further that plaintiffs cannot make a sufficient showing of entitlement to relief on the merits to warrant compelling the discovery under the "exceptional circumstances" standard applicable to high ranking officials.

The Supreme Court has cautioned that district courts adjudicating legislative redistricting claims must be mindful of "the intrusive potential of judicial intervention into the legislative realm, when assessing under the Federal Rules of Civil Procedure the adequacy of a plaintiff's showing at various stages of litigation and determining whether to permit discovery or trial to proceed." *Miller v. Johnson*, 515 U.S. 900, 916-17 (1995). Coupled with the "exceptional circumstances" standard applicable to depositions and discovery requests served on high ranking government officials, *Miller* counsels that the present subpoenas be quashed until such time following disposition of defendants' summary judgment motions as the court determines that discovery regarding issues of intent is appropriate.[6]



Initials of Deputy Clerk

cc:    **Counsel of record (or parties)**

---

[5]Defendants have raised substantial questions as to whether the challenged districts are of the type that can be the subject of a successful *Shaw* claim. The court believes it prudent to resolve that legal issue before addressing the factual merits of the claim or authorizing discovery relevant to it.

[6]It is true, as plaintiffs note, that the court, in its order denying plaintiffs' application for temporary restraining order, stated that it believed plaintiffs presented sufficiently serious questions to make the case a fair ground for litigation. The court also stated, however, that it could not conclude on the limited record before it that plaintiffs would probably succeed on the merits of their claims. It is precisely the limited nature of the temporary restraining order record that leads the court to conclude that any assessment as to whether the Congress Members' testimony is "essential" should await resolution of the pending summary judgment motions.