**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | : | |
|---|---|---|
| | : | |
| In Re: NON-PARTY SUBPOENAS | : | |
| | : | No.: 22-mc-00060-CJN |
| | : | |
| | : | |

## NOTICE OF APPEARANCE

Please enter the appearance of M. Evan Corcoran of Silverman, Thompson, Slutkin, & White, LLC as counsel for Respondent Stephen K. Bannon in the above-referenced matter.

Dated: June 16, 2022                              Respectfully submitted,

                                                              S‌ILVERMAN|T‌HOMPSON|S‌LUTKIN|W‌HITE, LLC

                                                                   /s/ M. Evan Corcoran
                                                              M. Evan Corcoran (D.C. Bar No. 440027)
                                                              400 East Pratt Street – Suite 900
                                                              Baltimore, MD 21202
                                                              Telephone: (410) 385-2225
                                                              Facsimile: (410) 547-2432
                                                              Email: ecorcoran@silvermanthompson.com

                                                                   /s/ David I. Schoen
                                                              David I. Schoen (D.C. Bar No. 391408)
                                                              David I. Schoen, Attorney at Law
                                                              2800 Zelda Road, Suite 100-6
                                                              Montgomery, Alabama 36106
                                                              Telephone: (334) 395-6611
                                                              Facsimile: (917) 591-7586
                                                              Email: schoenlawfirm@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of June 2021, a copy of the foregoing Notice of Appearance was served via the Court's CM/ECF system on all properly registered parties and counsel.

          /s/ M. Evan Corcoran
M. Evan Corcoran (D.C. Bar No. 440027)