IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| In Re: NON-PARTY SUBPOENAS | ) ) ) ) ) ) ) |
|   | Case No. 22-mc-00060-CJN |

**NOTICE OF WITHDRAWAL AS COUNSEL**

Pursuant to Local Rule 83.6(b), I, Douglas N. Letter, currently listed as counsel for Petitioners the Honorable Nancy Pelosi, the Honorable Bennie G. Thompson, the Honorable Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable James B. Raskin, the Honorable Susan E. Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the Honorable Stephanie Murphy, the Honorable Adam D. Kinzinger, the Honorable Jim Clyburn, the Honorable Steny Hoyer, David Buckley, Douglas Letter, Kristen Amerling, and Sean Tonolli in the above-captioned case, withdraw my appearance as counsel. I am leaving my position in the Office of General Counsel. Please remove my name from the case docket and the electronic filing system. The Petitioners will continue to be represented by the other attorneys who have entered appearances in this matter.

                    Respectfully submitted,

                    */s/ Douglas N. Letter*
                    Douglas N. Letter (D.C. Bar No. 253492)
                      *General Counsel*

                    Office of General Counsel
                    U.S. House of Representatives
                    5140 O'Neill House Office Building
                    Washington, D.C. 20515
                    (202) 225-9700
                    Douglas.Letter@mail.house.gov

January 3, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that on January 3, 2023, I caused the foregoing Notice of Withdrawal as Counsel to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

                                            */s/ Douglas N. Letter*
                                            Douglas N. Letter